UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ángel Alejandro Heredia Mons, *et al.*, on behalf of himself and others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>KEVIN McALEENAN, Acting Secretary of the Dep't of Homeland Security, in his official capacity, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:19-cv-01593 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully move this court to certify a class pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure and Local Rule 23.1. In support of their motion, Plaintiffs rely on the accompanying Memorandum, declarations, and exhibits.

A proposed order is attached.

**Statement Pursuant to Local Rule 7(m)**

Pursuant to Local Rule 7(m), on June 17 and 18, 2019, Plaintiffs' counsel, Luz Virginia López, repeatedly attempted to confer with Defendants' counsel, the Office of Immigration Litigation, U.S. Department of Justice ("OIL"), to determine whether Defendants would consent to the relief requested herein. Ms. Lopez left several telephone messages for Sarah B. Fabian, Lead Attorney at OIL, which have yet to be returned. On June 18, 2019, Ms. Lopez again contacted OIL and spoke with attorney Kathleen A. Connolly. Ms. Connolly stated that she did not have the authority to confer on this matter, and informed Ms. Lopez that someone would soon

contact her to discuss. As of the date of this filing, Defendants' counsel has not contacted Ms. Lopez to confer about the relief requested herein, despite Plaintiffs' repeated attempts to confer.

Dated: June 28, 2019                                        Respectfully submitted:

                                                            ⎯⎯⎯//s// Melissa Crow⎯⎯⎯⎯⎯

Laura Rivera*                                               Melissa Crow (D.C. Bar No. 453487)
SOUTHERN POVERTY LAW CENTER                                 Luz Virginia Lopez*
150 East Ponce De Leon Ave, Suite 340                       SOUTHERN POVERTY LAW CENTER
Decatur, GA 30030                                           1101 17th St., NW, 7th Floor
Tel: (404) 521-6700                                         Washington, DC 20036
Laura.Rivera@splcenter.org                                  Tel: (202) 355-4471
                                                            Melissa.Crow@splcenter.org
Katie Schwartzmann*                                         Luz.Lopez@splcenter.org
Bruce Hamilton*
AMERICAN CIVIL LIBERTIES UNION OF                           Mary Bauer*
LOUISIANA FOUNDATION                                        SOUTHERN POVERTY LAW CENTER
P.O. Box 56157                                              1000 Preston Avenue
New Orleans, LA 70156                                       Charlottesville, VA 22903
Tel: (504) 522-0628                                         Tel: (470) 606-9307 / fax: (404) 221-5857
kschwartzmann@laaclu.org                                    Mary.Bauer@splcenter.org
bhamilton@laaclu.org

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2019, I electronically filed the attached PLAINTIFFS' MOTION FOR CLASS CERTIFICATION and the related memorandum, proposed order, and exhibits with the Clerk of Court via the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this case. I further certify that I emailed a copy of the attached motion and the related memorandum, proposed order, and exhibits to Defendants as follows:

| | |
|---|---|
| **Sara B. Fabian** | **Kathleen Ann Connolly** |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
| Office of Immigration Litigation | Office of Immigration Litigation |
| P.O. Box 868 | P.O. Box 868 |
| Ben Franklin Station | Ben Franklin Station |
| Washington, DC 20044 | Washington, DC 20044 |
| PH: (202) 532-4824 | PH: (202) 305-8627 |
| FX: (202) 616-8962 | FX: (202) 307-8781 |
| sarah.b.fabian@usdoj.gov | kathleen.a.connolly@usdoj.gov |
| *LEAD ATTORNEY* | *ATTORNEY TO BE NOTICED* |
| *ATTORNEY TO BE NOTICED* | |

Respectfully submitted:

   //s// Melissa Crow

Melissa Crow (D.C. Bar No. 453487)
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org