# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ÁNGEL ALEJANDRO HEREDIA-MONS, *et al.*, on behalf of himself and others similarly situated,<br><br>  *Plaintiffs,*<br><br>  *v.*<br><br>KEVIN McALEENAN, Acting Secretary of the Dep't of Homeland Security, in his official capacity, *et al.*,<br><br>  *Defendants.* | Civil Action No. 1:19-cv-01593(JEB) |

## [PROPOSED] ORDER GRANTING CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Class Certification dated June 28, 2019, the memoranda of law and exhibits submitted in support and any in opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Certification, dated June 28, 2019, is **GRANTED**; it is further

**ORDERED** that Plaintiffs are certified as representatives of a class pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. The class is defined as: (1) all arriving asylum seekers (2) who are found to have a credible fear of persecution or torture and (3) who are or will be detained by U.S. Immigration and Customs Enforcement ("ICE"); (4) after having been denied parole under the authority of the New Orleans ICE Field Office.

Date: _____          _____

                                   The Honorable James E. Boasberg
                                   United States District Court Judge