UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ángel Alejandro Heredia Mons, *et al.*, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEVIN McALEENAN, Acting Secretary of the Dep't of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-01593 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully move this court to certify a class pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure and Local Rule 23.1. In support of their motion, Plaintiffs rely on the accompanying Memorandum, declarations, and exhibits.

A proposed order is attached.

**Statement Pursuant to Local Rule 7(m)**

Pursuant to Local Rule 7(m), on June 17 and 18, 2019, Plaintiffs' counsel, Luz Virginia López, repeatedly attempted to confer with Defendants' counsel, the Office of Immigration Litigation, U.S. Department of Justice ("OIL"), to determine whether Defendants would consent to the relief requested herein.  Ms. Lopez left several telephone messages for Sarah B. Fabian, Lead Attorney at OIL, which have yet to be returned.  On June 18, 2019, Ms. Lopez again contacted OIL and spoke with attorney Kathleen A. Connolly.  Ms. Connolly stated that she did not have the authority to confer on this matter, and informed Ms. Lopez that someone would soon

1

contact her to discuss.  As of the date of this filing, Defendants' counsel has not contacted Ms. Lopez to confer about the relief requested herein, despite Plaintiffs' repeated attempts to confer.

Dated: June 28, 2019                                        Respectfully submitted:

     //s// Melissa Crow_____

Laura Rivera*
SOUTHERN POVERTY LAW CENTER
150 East Ponce De Leon Ave, Suite 340
Decatur, GA 30030
Tel: (404) 521-6700
Laura.Rivera@splcenter.org

Katie Schwartzmann*
Bruce Hamilton*
AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA FOUNDATION
P.O. Box 56157
New Orleans, LA 70156
Tel: (504) 522-0628
kschwartzmann@laaclu.org
bhamilton@laaclu.org

*admitted pro hac vice

Melissa Crow (D.C. Bar No. 453487)
Luz Virginia Lopez*
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org
Luz.Lopez@splcenter.org

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
Tel: (470) 606-9307 / fax: (404) 221-5857
Mary.Bauer@splcenter.org

# CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2019, I electronically filed the attached PLAINTIFFS' MOTION FOR CLASS CERTIFICATION and the related memorandum, proposed order, and exhibits with the Clerk of Court via the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this case. I further certify that I emailed a copy of the attached motion and the related memorandum, proposed order, and exhibits to Defendants as follows:

| | |
|---|---|
| **Sara B. Fabian** <br> U.S. DEPARTMENT OF JUSTICE <br> Office of Immigration Litigation <br> P.O. Box 868 <br> Ben Franklin Station <br> Washington, DC 20044 <br> PH: (202) 532-4824 <br> FX: (202) 616-8962 <br> sarah.b.fabian@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* | **Kathleen Ann Connolly** <br> U.S. DEPARTMENT OF JUSTICE <br> Office of Immigration Litigation <br> P.O. Box 868 <br> Ben Franklin Station <br> Washington, DC 20044 <br> PH: (202) 305-8627 <br> FX: (202) 307-8781 <br> kathleen.a.connolly@usdoj.gov <br> *ATTORNEY TO BE NOTICED* |

Respectfully submitted:

   //s// Melissa Crow

Melissa Crow (D.C. Bar No. 453487)
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org