# EXHIBIT

# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Heredia Mons et al.**  *Plaintiffs,*  v.  **McALEENAN et al.**  *Defendants/Respondents.* | Civ. No.: 1:19-cv-01593 (JEB) |

## DECLARATION OF ERNESTO ANTONIO RODRÍGUEZ CRUZ

I, Ernesto Antonio Rodríguez Cruz, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a journalist and I hail from Cuba. I fled my homeland because the positions I took in my work brought me into conflict with the Cuban dictatorship. Its leadership was threatened by my positions and they tried to silence my views.

2. I sought asylum in the United States around April 20, 2019. On or about that date, I went to a port of entry in El Paso, Texas. I told U.S. immigration officers that I could not go back to Cuba because I would face persecution there. Then and there, they brought me into custody, and I have been imprisoned ever since.

3. From El Paso, ICE transferred me to Cibola, where I spent about twelve (12) days. Then they moved me to Tallahatchie, where I had my credible fear interview. That resulted in a positive finding. Finally, ICE brought me to Winn Correctional Center. I was in the first group of people in ICE custody brought to Winn, a jail in rural Louisiana. I am still here, trying to find a way out.

4. I live in a unit called Elm B-2 with more than 40 others. Many of us have asked ICE to release us on parole, to no avail. One month and three weeks ago, I handed a stack of

1

supporting documents to an ICE agent named Powell. They included a letter of support from my uncle, a U.S. permanent resident, and a copy of his green card; proof of his income, including a tax return; proof of his address, where I would live upon release; and additional letters of recommendation, including some from U.S. citizen relatives.

5. For weeks, ICE said nothing in response to my request for parole. I have not even had a parole interview. Desperate for information, I have written ICE through detainee request forms, asking for any update on my case or the possibility of release. I have written between one and three of these forms each week for the past several weeks, to no avail.

6. The ICE agents assigned to us are not from around here. They are coming from different parts of the United States on tours of duty. Since I have been inside Winn, two rotations of ICE agents have come through here. There are around eight ICE agents assigned to Winn at a time. Each ICE agent is assigned to a different group of detained people, depending on the last three digits of our A numbers. Each ICE agent usually visits one day a week. I am currently assigned to an agent named Tjaden.

7. The agents tell us different things, contradictory things, about who can release us from custody and how we can seek release. It's very confusing and frustrating to me. Many others inside here, and our families on the outside, have grown increasingly concerned about our continued incarceration. Inside, some of us stopped eating to bear witness to this injustice. For this, I was placed in isolation for days. Outside, relatives of Cuban asylum seekers planned a protest in New Orleans for Monday, August 12, 2019.

8. A few days before the protest, on Friday, August 9, 2019, we received a visit at Winn from all the ICE agents assigned to our cases. I had never seen them all there at one time: Tjaden, Mauzon, Caballero, De Marino, Johnson, Armand Charles, Harry, and Orezelli. When

they entered our unit, Elm B-2, those of us inside grew quiet. I hoped for good news about my parole request. Mauzon did most of the talking, in English. A fellow detained man interpreted Mauzon's message into Spanish. I understood the interpretation because Spanish is my native language. I also understand some English, enough to get the gist of what Mauzon said.

9. Mauzon told us that if we had questions about parole or bond that we had better ask them right then and there, because they would never again respond to a question about parole or bond. He said the only ones who could leave Winn were those who were pregnant, those who had cancer, or those with AIDS. Otherwise, we would have to wait to see the judge and fight our cases while locked up. He said not to ask about release any more because they wouldn't respond.

10. At that point, Mauzon and most of the other ICE agents turned around and left the unit. Of all the ICE agents, Caballero stayed behind to talk to us the longest. He spoke to us in English, but he understands Spanish, and others asked him questions in Spanish. He told us that ICE could grant many more of us release on parole, but that the powers that be didn't want that. Caballero also told us that in addition to seeking release from ICE, we could seek release from the immigration judge, who could grant us a bond. This filled us with hope.

11. At one point, I noticed that Tjaden, the agent I am assigned to, was walking past my unit. To get his attention, I approached the prison bars between us and showed him my identification card with my A number, to let him know I was assigned to him. He told me he was going to review my case. Later I read at the library that "arriving aliens" like me cannot seek release from a judge, and my hope was lost.

12. Yesterday, I received all the documents I submitted in support of parole. I still do not have a decision, as far as I can tell, and I do not know what it means that the documents were returned to me.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 15, 2019 in Winnfield, Louisiana.

_____
Ernesto Antonio Rodríguez Cruz

**CERTIFICATE OF TRANSLATION**

I, Katrina Huber, affirm that I am competent to translate from English to Spanish; that I read the preceding declaration to the declarant in Spanish; and that he indicated that he understood the contents thereof before signing.

August 15, 2019,

_____
Katrina Huber

4