# EXHIBIT

# 2

# Chris Ivey

**From:** Julie Hartle [mailto:julie.hartle@gmail.com]
**Sent:** Wednesday, July 10, 2019 10:09 PM
**To:** Laura Rivera <Laura.Rivera@splcenter.org>
**Subject:** m█████ m████ h███████ latest parole rejection

Hi Laura,

I represent M█████ M████ H███████ in his asylum proceedings. My co counsel, HB, represents him for parole purposes. Since he has had so many health problems and they have continued since he was transferred to LaSalle, we tag-teamed on another parole request. It was rejected, which is not a surprise, but before it was rejected I got an email from the deportation officer.

I'm copying it here:

Good Morning,


I have received your request and I am in the process of reviewing the request and will send to FOD Sutterfield for approval or denial.


You have stated that there has been 2 independent medical doctors analysis.


Do you have documentation on these appointments? Can you please provide?


Thanks,

1

*Grayson Moffett*

Deportation Officer

Enforcement and Removal Operations

Immigration and Customs Enforcement

1010 E. Whatley Road

Oakdale, LA 71463

Office: (318)335-7500


The medical analyses were not only attached to the parole request but had been attache dto the last 2 parole request packets...which means he not only didn't look at the attachments to the current parole request, he didn't look at the documents attached to the previous requests either.


Don't know if this is helpful, but I thought it was heinous and wanted to pass it along.


Thanks,

Julie