EXHIBIT "A"

| Alien File Number | Family Name | Given Name | Birth Country | Citizenship | Arrest Date | Parole Request Date | Parole Decision Date | Parole Decision (Grant or Denial) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |