# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heredia Mons, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 19-cv-1593 (JEB) ) ) |
| Kevin K. McAleenan, *et al.*, | ) ) |
| Defendants. | ) ) |

## **DEFENDANTS' NOTICE OF APPEAL**

**Notice is hereby given** this 1st day of November, 2019 that Defendants Kevin K. McAleenan, Acting Secretary of the U.S. Department of Homeland Security; Matthew T. Albance, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); Nathalie Asher, Acting Executive Associate Director of ICE Enforcement and Removal Operations; and George Lund III, Director of ICE's New Orleans Field Office, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Opinion and Order of the District Court entered on September 5, 2019 (Docket Nos. 32 and 33).

Respectfully submitted,

JESSIE K. LIU, D.C. BAR No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR No. 924092
Civil Chief

By:  /s/
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov