UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mons, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 19-cv-1593 (JEB) |
| v. | ) | |
| | ) | |
| McAleenan, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO
FILE REPORT PURSUANT TO OCTOBER 7, 2019 ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, by and through undersigned counsel, move the Court for an extension of 11 days to and including, December 6, 2019, to file the report called for by the Court's October 7, 2019 minute order. As grounds for the requested extension, Defendants state as follows.

1. Pursuant to the Court's order dated October 7, 2019, Defendants were directed to begin filing reports under the schedule proposed by Defendants in the Joint Status Report filed on October 2, 2019. Specifically, Defendants had proposed that they would file the first report on November 25, 2019, attaching a manually generated spreadsheet and a computer-generated spreadsheet as described in the October 2, 2019 status report, and would then file subsequent reports on or before the 24th of each subsequent month.

2. In finalizing the report for filing today, Defendants discovered that the computer-generated spreadsheet yielded certain information that may require modification of the spreadsheet to ensure that it accurately reflects data for the New Orleans Field Office and/or an explanation in the declaration that is accompanying the spreadsheet. Moreover, addressing this issue also will require consultation with the declarant and possibly the preparation of an updated

declaration.   The declarant, however, is currently out of the office and not expected to return until the week of December 2, 2019.   Accordingly, to afford time to address this issue and further ensure the accuracy of both spreadsheets before submission to the Court, Defendants request an extension to, and including, December 6, 2019, to submit the first report called for by the October 7, 2019 order.   Defendants are not seeking an extension of the reporting deadline for the month of December, which pursuant to the schedule in the October 2, 2019 status report is due on or before December 24, 2019.

    3.   Pursuant to Local Civil Rule 7(m), Defendants, through counsel, attempted to obtain the position of Plaintiffs' counsel on the relief requested in this motion by email when this issue arose towards the end of the work day.   However, due to the lateness of the hour, undersigned counsel has not heard back from Plaintiffs' counsel as of the time this motion was filed and thus is unable at this time to state Plaintiffs' position on the relief requested in this motion.

    4.   A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants