UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL ALEJANDRO HEREDIA MONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 19-1593 (JEB) |

## ORDER

Following the Court's status hearing of January 7, 2020, the parties submitted a Joint Status Report laying out six remaining disagreements, which the Court briefly addresses here.

First, as to the dissemination of notice regarding parole applications, the Court expects that the Government will comply with all of the Parole Directive's requirements concerning notice.

Second, as to the language of notification, the Court agrees with both parties that the Government must make a telephone interpreter available who speaks the language of the detainee.

Third, as to the submission of documents, the Government must continue to comply with the Parole Directive's requirements.

Fourth, as to individualized determinations, the Court at this point is not requiring a letter above and beyond the Parole Directive's mandate. If Plaintiffs believe that Defendants are not complying with the Directive in their parole denials, however, Plaintiffs may bring a contempt motion, akin to the one under consideration in Damus, and seek, *inter alia*, this type of relief.

Fifth, the Court will not require the Government at this time to provide the denial documents Plaintiffs are requesting.

Sixth, Plaintiffs may move, as did the plaintiffs in <u>Damus,</u> for limited discovery, which the Court will order in the event they can make the same type of showing the <u>Damus</u> plaintiffs did regarding lack of compliance with the injunction. The Court believes it premature to order such discovery based simply on such a status report and will require a motion.

The Court, accordingly, ORDERS that the Government shall comply with the terms above.

IT IS SO ORDERED.

/s/ <u>*James E. Boasberg*</u>
JAMES E. BOASBERG
United States District Judge

Date: <u>January 29, 2020</u>