IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ángel Alejandro HEREDIA MONS, *et al.,* on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHAD WOLF, Acting Secretary of the Dep't of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants.* | Civil Action No<br>19-cv-1593 (JEB) |

**PLAINTIFFS EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, members of the class that this Court certified in *Mons v. McAleenan*, No. CV 19-1593 (JEB), 2019 WL 4225322, (D.D.C. Sept. 5, 2019) (hereinafter "Plaintiffs" or "class members"), move for a second preliminary injunction, as set out in the accompanying Memorandum In Support. In their first motion for declaratory and injunctive relief, Plaintiffs' counsel asserted a claim based on the Administrative Procedures Act (hereinafter "APA"). Plaintiffs asserted that Defendants', including the New Orleans Field Office of Immigration and Customs Enforcement (hereinafter "NOLA ICE"), unlawful failure to follow the Parole Directive of 2009, as well as their unlawful failure to provide individualized determinations of flight risk and danger, violate the APA.

New facts have arisen that coupled with the Defendants' continued non-compliance with the September 5, 2019 injunction, are likely to expose Plaintiffs to even more irreparable harm. The rapid spread of the deadly pandemic COVID-19 virus poses a severe threat to Plaintiffs-class members' physical well-being, leaving Plaintiffs with no other choice than to move for a preliminary injunction, requiring NOLA ICE to immediately conduct individualized (case-by-case) parole assessments for all present and future class members

detained in the NOLA ICE region,[1] pursuant to ICE Directive 11002.1, *Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture* (Dec. 8, 2009)[2], otherwise known as the "Parole Directive."

Plaintiffs further request that, should this Court order Defendants to conduct immediate, individualized assessments of Plaintiffs-class members' parole eligibility due to the threat presented by the COVID-19 pandemic, Defendants should also be required to fully comply with all applicable regulations delineated in the Parole Directive, including those that favor the granting of parole to class members who "have serious medical conditions, where continued detention would not be appropriate," and class members "whose continued detention is not in the public interest." Parole Directive at ¶ 4.3, citing 8 C.F.R. § 212.5(b). As required by the Parole Directive, Defendants should incorporate into their individualized assessment of class members' parole eligibility, the danger that COVID-19 poses to those in detention, especially those with serious medical conditions; and should weigh whether the continued detention of parole-eligible class members is in the public interest, given the danger posed by the COVID-19 outbreak.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum, declarations, and exhibits. A proposed order is attached for the Court's convenience.

**STATEMENT PURSUANT TO LOCAL RULE 7(m)**

On March 20, 2020, pursuant to Local Rule 7(m) of the Fed. R. Civ. Pro., Plaintiffs' legal counsel emailed Assistant U.S. Attorney Jeremy Simon, Defendant's legal counsel, to advise of the emergency reasons requiring them to seek this preliminary injunction. In an email

---

[1] Louisiana, Mississippi, Arkansas, Tennessee, and Alabama comprise the NOLA ICE Region. Most class members are held in detention facilities in Louisiana and Mississippi.
[2] https://www.ice.gov/doclib/dro/pdf/11002.1-hd-arole_of_arriving_aliens_found_credible_fear.pdf.

dated March 20, 2020, Mr. Simon informed Plaintiffs' legal counsel that Defendants would oppose this Motion.

Dated: March 31, 2020                    Respectfully submitted:

                                        MELISSA CROW (D.C. Bar #453487)
                                      Senior Supervising Attorney

                                      //s// Luz Virginia López

| | |
|---|---|
| Bruce Hamilton<br>**AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA FOUNDATION**<br>P.O. Box 56157<br>New Orleans, LA 70156<br>Tel: (504) 522-0628<br>bhamilton@laaclu.org | Luz Virginia López<br>**SOUTHERN POVERTY LAW CENTER**<br>1101 17th St., NW, Suite 750<br>Washington, DC 20036<br>Tel: (202) 355-4471<br>luz.lopez@splcenter.org<br><br>Michelle P. Gonzalez<br>Victoria Mesa-Estrada<br>**SOUTHERN POVERTY LAW CENTER**<br>2 South Biscayne Blvd., 32nd Floor<br>Miami, FL 33131<br>Tel: (786) 753-1383<br>mich.gonzalez@splcenter.org<br>victoria.mesa@splcenter.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 31, 2020, I electronically filed the attached PLAINTIFFS EMERGENCY MOTION FOR PRELIMINARY INJUNCTION with the Court via the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this case.

Respectfully submitted:

MELISSA CROW (D.C. Bar #453487)
Senior Supervising Attorney

//s// Luz Virginia López

Bruce Hamilton
**AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA FOUNDATION**
P.O. Box 56157
New Orleans, LA 70156
Tel: (504) 522-0628
bhamilton@laaclu.org

Luz Virginia López
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, Suite 750
Washington, DC 20036
Tel: (202) 355-4471
luz.lopez@splcenter.org

Michelle P. Gonzalez
Victoria Mesa-Estrada
**SOUTHERN POVERTY LAW CENTER**
2 South Biscayne Blvd., 32nd Floor
Miami, FL 33131
Tel: (786) 753-1383
mich.gonzalez@splcenter.org
victoria.mesa@splcenter.org

*Attorneys for Plaintiffs*