# EXHIBIT

# 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ángel Alejandro HEREDIA MONS et al.** ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | **Civ. No.: 1:19-cv-01593** |
| ) | |
| **Kevin K. McALEENAN et al.** ) | |
| ) | |
| *Defendants/Respondents.* ) | |
| ) | |

## DECLARATION OF DR. PETER SCHARF

I, Dr. Peter Scharf, declare under penalty of perjury under the laws of the United States as follows:

### I.    Overview

1. The instant expert declaration,[1] executed after reviewing evidence-based materials regarding infectious disease contagion in correctional and detention facilities, concludes that the risks of COVID-19 infection are so substantial in facilities where *Heredia Mons* class members are detained, (particularly Louisiana centers), that release is required to ensure their protection from infection by the COVID-19 virus and its grave aftermaths.

### II.    Professional background

2. My name is Dr. Peter Scharf. I am currently employed at the LSU School of Public Health as Professor of Public Health.[2] I received my doctorate in l973 from Harvard University. Since then, I have pursued a career in criminal justice research, practice, and teaching at the University of California, Seattle University, American University, the University of

---

[1] The contributions of Elizabeth Kitty and Carolyn Lilly are gratefully acknowledged.
[2] Curriculum Vitae of Dr. Peter Scharf attached as Appendix A.

New Orleans, Texas State University, Tulane University School of Public Health and Tropical Medicine, and currently, at the Louisiana State University School of Public Health.

3. I have experience working with (and publishing results about) several nationally visible cases including the Chicago Police Department Burge Case and the Crown Heights Civil Disorder Report, which directly involved the use of foreseeable risk concepts and ideas. Additionally, I have written about policing ethical standards and have authored a book on the use of deadly force, "The Badge and the Bullet," which has been regarded by reviewers as a standard in the field, as well as seven other books and dozens of book chapters and journal articles.

4. At the National Police Foundation in Washington, D.C., I supervised the development of a police foreseeable risk management and prediction system (RAMS); supervised a national community policing project; initiated a project that integrated correctional and police policies; and helped assess the Crown Heights Civil Disorders. I founded the *Center for Society, Law and Justice* ("CSLJ") at the University of New Orleans in l995. CSLJ evolved into a nationally prominent, criminal justice, technical-assistance provider supported by eight different cooperative agreements related to cyber-crime, ethics, correctional policies, technology integration, assessment of new technologies, performance metrics, and criminal justice integrity policies.

5. I was employed at Tulane University School of Public Health and Tropical Medicine as a Research Professor of Public Health and Tropical Medicine in the Global Systems and Development Department from June 2008 to August 2014. I conducted research on issues related to juvenile correctional reform (TYC), prison rape (PREA), homicide trends, and

assessments of efforts to avert violent crime trends through prevention and early intervention. I was named the Undergraduate Public Health Teacher of the Year in 2012 and 2013. Previously I was the *Foundations of Excellence* Award Winner at Texas State University (2008).

6. I am currently (since August 2014) a Professor of Public Health at the LSU School of Public Health. I have received funding from the United States Department of Justice for three major correctional initiatives working in cooperation with the Louisiana Department of Public Safety and Corrections regarding high-risk offenders in New Orleans, co-occurring disorders (project was winner of ACA innovation award) and a statewide recidivism study. I was the keynote speaker at the Educational Testing Service Conference in December 2016 in San Francisco regarding Education and Corrections. I teach courses at LSU School of Public Health related to public health perspectives related to Ethics, Violence, Foundations of Public Health, and a Doctoral Public Health Research seminar.

7. I serve as facilitator and analyst for the public safety team of New Orleans Mayor LaToya Cantrell's public safety working group.  I conduct research and facilitate meetings with criminal justice leaders chosen by then Mayor Elect LaToya Cantrell, and I co-authored much of the final recommendations regarding the status of the New Orleans Police Department ("NOPD"), facilitated meetings with experts on the sub-committee team, and helped develop NOPD leadership key performance indicators.

8. I testified before the U.S. House Judiciary Crime Subcommittee on four occasions (2007, 2012, 2014, and 2015) regarding violent-crime prevention.  I have had expert testimony accepted in U.S. District Court in three l983 (42) cases and have written expert reports related to the issue of foreseeability and crime in three recent cases (Hunter, Stuart,

Williams and Grant County jail). I have been qualified to present testimony in three 42 U.S.C. Section 1983 cases.

9.  I authored a report which contributed to a favorable opinion by Seventh Circuit Judge Richard Posner in a case (*Wittmer vs. Peters*) regarding correctional officer hiring policies. I have testified or provided information, depositions, or reports on more than a dozen legal cases regarding correctional policies. I have worked for the Louisiana Department of Public Safety & Corrections regarding the assessment of five different cooperative agreements regarding recidivism reduction, co-occurring disorders, and statewide correctional policy.

## III.    Case Issues

10.  The present case involves a question as to whether the New Orleans Immigration and Customs Enforcement ("ICE") Field Office should use its authority and discretion to release detained asylum-seekers in order to  protect them from health risks caused by potential and actual exposure to the novel Coronavirus (COVID-19).

11.  In preparing this declaration, I reviewed witness declarations, ICE procedures regarding parole, ICE COVID-19 guidance, evidence-based research regarding infections in corrections, and statistics related to parole out of the New Orleans ICE Field Office.

## IV.    Factual and Evidentiary Basis for Expert Declaration

12.  Under the authority of the New Orleans ICE Field Office, approximately 8,000 (8066) immigrants are detained in often former or newly constructed correctional facilities and managed by private correctional contractors, including GEO, CoreCivic, and La Salle

Corrections:[3] Below is a list of facilities where detained immigrants are held under the custody of the New Orleans ICE Field Office along with an estimate of their available capacity.

    a.   Adams County Detention Center Natchez, MS – 2,232;

    b.   Allen Parish Detention – 200;

    c.   Bossier Parish Medium Security Facility – 240;

    d.   Catahoula Correctional Center – 835;

    e.   Etowah County Detention Center – 360;

    f.   Jackson Parish Correctional Center – 1,000;

    g.   LaSalle ICE Processing Center –1,200;

    h.   Natchitoches Parish Detention Center – 563;

    i.   Pine Prairie ICE Processing Center – 1,094;

    j.   Richwood Correctional Center – 1,000;

    k.   River Correctional Center – 500;

    l.   South Louisiana ICE Processing Center – 1,000;

    m.   Tallahatchie County Correctional Facility – 575; and

    n.   Winn Correctional Center – 1,500.

---

[3] *Hannah Gaber, Under Trump, private prisons are cashing in on ICE detainees*, USA TODAY (Dec. 20, 2019), available at: https://www.usatoday.com/in-depth/news/nation/2019/12/19/ice-detention-private-prisons-expands-under-trump-administration/4393366002/ (accessed March 29,  2020).

13. Parole probabilities are widely variable in the New Orleans ICE Field Office centers as suggested by the government's data from Defendants' March 2020 report[4] below:

| **Facility** | **Grant/Total** | **(Grant Rate %)** |
|---|---|---|
| • ACDC | 7/55 | (12%) |
| • JACKSON | 4/47 | (30%) |
| • WINN | 47/145 | (32%) |
| • RICHWOOD | 14/40 | (35%) |
| • BASILE | 14/75 | (19%) |
| • RIVER | 13/38 | (34%) |
| • PINE PRAIRIE | 5/12 | (41%) |
| • LA SALLE | 0/4 | (0%) |
| • CATAHOULA | 0/3 | (0%) |
| • ALLEN PARISH | 0/1 | (0%) |

14. It should be noted that in 2016 about 75 percent of parole applications were successful. In 2018, fewer than 2 percent were granted. In 2020, successful applications began to rise as indicated above.[5] It should be noted that there is missing data in explaining differences in ICE detention parole outcomes, particularly in describing regional and detention center patterns of ICE risk assessment data.

15. The private corrections ICE contract detention vendors who manage ICE detention centers in the region work on contracts that retain them at fixed rates-approximately $50.00 per day per detainee (more than twice the reimbursement rate paid to Louisiana parishes to house Louisiana Department of Public Safety & Corrections inmates). The facilities are crowded and staffed by employees who are paid from about $11.00 to $18.00 per hour. Many of the facilities are located in Central and Western Louisiana and are characterized by limited vocational, educational, and healthcare resources.

---

[4] Data received from SPLC counsel on March 27, 2020, taken from Defendants' most recent report.
[5] Data estimates from CBS News, Plaintiffs' Complaint and as provided by SPLC counsel.

16. The research related to infectious disease and correctional facilities has built an evidence base regarding the epidemiological risks of allowing infectious disease processes to spread in the confined space of detention centers.

17. Research based upon the experience of correctional facilities faced with a range of infections suggests:

   a. The physical plant of most correctional facilities, including detention facilities is conducive to the spread of infectious disease.[6]

   b. Forced correctional "*sociation*" (eating, counts, recreation, searches, holding cells, etc.) are often mechanisms of contagion[7] along with risks of violence and disorder.

   c. Correctional Officers, staff, and visitors present inadvertent risks of infection to inmates.[8]

   d. Commonly used mechanisms to control infection are difficult to implement given the constraints of almost all correctional facilities.[9]

   e. Residents of correctional and detention centers have been found to present pre-conditions for prolonged and severe COVID-19 illness or death compared with other populations.[10]

   f. Research using proven scientific methods related to detention centers has identified several documented underlying conditions among detained persons, and these comorbidities make detention center detainees especially vulnerable to severe COVID-19 disease and death.

---

[6] Lauren-Brooke Eisen, How Coronavirus Could Affect U.S. Jails and Prisons, Brennan Center For Justice (March 13, 2020), available at: https://www.brennancenter.org/our-work/analysis-opinion/how-coronavirus-could-affect-us-jails-and-prisons (accessed March 29, 2020).

[7] Scharf P. and Holt, N., "*Empty Bars*" Prison Journal, 1983.

[8] American Correctional Association, http://www.aca.org/ACA_Prod_IMIS/ACA_Member/Healthcare_Professional_Interest_Section/Copy_of_Coronavirus_COVID.aspx (accessed March 29, 2020).

[9] *See* https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html (accessed March 29, 2020).

[10] Lea Skene and Matt Sledge, *Visits suspended at Louisiana prisons as advocates warn of spreading virus behind bars*, THE ADVOCATE (March 13, 2020), available at: https://www.theadvocate.com/baton_rouge/news/coronavirus/article_fbdc7af8-64a4-11ea-bb78-0b1346e36acc.html (accessed March 29, 2020).

g.  Epidemiological research suggests the potential for increased mortality and prolonged mortality in correctional facilities compared with less dense and controlled environments.[11]

h.  Louisiana has the highest per capita rate of COVID-19 incidence in the world.[12]

i.  The areas in which the Louisiana ICE Detention Centers are located are characterized by low medical access and public citizen health literacy.[13]

j.  The managers hired by the region's ICE contractors (The GEO Group and LaSalle Corrections) have little training to cope with infectious disease.[14]

18. Several recognized health authorities have initiated "warnings" to correctional and detention managers related to the health risks in correctional and detention facilities.

a.  The Brennan Center on March 13, 2020 outlined[15] from the point of view of correctional research that the risks of widespread risks of COVID-19 infection in correctional and detention centers were substantial:

    i.  Prisons and Detention Centers are often unhygienic environments.

    ii.  Special populations (e.g. older inmates) within detection center and correctional environments have unique risks to avoid risks of infection and severe medical aftermaths following COVID-19 infection.

    iii.  Separation of correctional and State healthcare systems pose unique risks to inmates and detainees.

    iv.  Action strategies to reduce COVID-19 risks to inmates and detainees include release of individuals who are at risk.

    v.  Comprehensive agency planning to reduce risks.

---

[11] *See* footnote 5, *supra*.

[12] *See* Andrew Capps, *Louisiana experiences fastest COVID-19 case increase in the world in first few weeks*, LAFAYETTE DAILY ADVERTISER (March 24, 2020), available at: https://www.theadvertiser.com/story/news/local/2020/03/24/covid-19-cases-louisiana-coronavirus-spreading-faster-than-anywhere-world/2907504001/ (accessed March 29, 2020). *See also* Louisiana Governor's Office of Homeland Security and Emergency Preparedness, *COVID-19 Louisiana Case Info*, https://gov.louisiana.gov/assets/docs/covid/govCV19Brief-2.pdf..

[13] Louisiana Public Health Briefing, 2019.

[14] Site Visit with Geo regarding program effectiveness, October 2016.

[15] *See* footnote 5, *supra*.

b.  The Centers for Disease Control and Prevention (CDC) on March 23, 2020, initiated a Guidance statement[16] to Correctional and Detention facilities regarding the risks of COVID-19 infection in these settings suggesting:

i.  Residents live in settings where people are forced to eat, sleep, and have recreation in common areas.

ii.  Infection risks for COVID-19 infection include unmonitored staff entrance, visitors, health worker contact, etc.

iii.  Detention Centers with populations from all over the world present unique risks of COVID-19 infection.

iv.  There are limited opportunities for COVID-19 infection in many correctional facilities.

v.  Many residents in detention and correctional facilities have existing conditions that may exacerbate infections that occur.

19. ICE guidance defines standards for healthcare and wellness, applicable to contract detention centers, which offer some protections.[17] However, the health services described fall short of needs anticipated in the advent of a COVID-19 infection affecting ICE contract detention centers in the New Orleans ICE Field Office region, particularly Louisiana.

## V.    Expert Opinions

### A.  First Opinion: There is an obvious, foreseeable risk of COVID-19 and the health threats it poses to people detained in these ICE facilities.

20. The current widespread outbreak of COVID-19 in the region, particularly Louisiana, combined with the unsanitary conditions in ICE detention centers, may result in a threat of irreparable harm, such as serious, prolonged illness and death, to the health and safety of detained individuals.

---

[16] *See* footnote 8, *supra*.
[17] https://www.ice.gov/doclib/detention-standards/2011/4-3.pdf

21. The first U.S. case of COVID-19 was reported on January 20, 2020 in Washington State, which provided New Orleans ICE authorities with more than five weeks to put into place a prevention and control plan for COVID-19.[18]

22. In addition, past influenza outbreaks within the U.S. and other countries showcase the vulnerability of prison populations to disease and virus outbreaks. Thus, demonstrating a well-established and commonly known need for detention centers to take extra precautions to protect detained persons from disease.[19]

**B. Second Opinion: The characteristics of the detention centers present a risk of serious illness and death from the contraction and transmission of COVID-19, including the fact that Louisiana has the highest rate per capita of infections, and that the populations inside these facilities have a heightened risk due to the density of population, heavy use, and unsanitary conditions. In addition, staff and in some situations, newly detained persons, who have been outside of the detention center, may serve as vectors for spreading the virus to the existing detained population who have limited ability to take necessary precautions.**

23. Louisiana reported its first case of COVID-19 on March 9, 2020. Since then, the State has experienced among the worst outbreaks in the country and, as of March 27, 2020, Louisiana had 2,746 cases of novel coronavirus statewide including 119 deaths, with a corresponding case fatality rate of 4.3 percent.[20] Per capita, this is one of the highest COVID-19 incidence rates in the U.S., a fact which further emphasizes the significant threat of serious illness or death that the disease poses to the public, and especially to vulnerable populations such as people who are held in detainment facilities.

---

[18] Michelle Holshue, Michelle, *First case of 2019 Novel Coronavirus in the United States*, N. ENGL. J. MED.. (2020).
[19] Stuart Kinner, *Prisons and custodial settings are part of comprehensive response to COVID 19*, The Lancet (March 17, 2020)
[20] https://wgno.com/news/health/coronavirus/louisiana-covid-19-cases-jump-to-2746-119-deaths/

24. Government-advised precautionary steps from the CDC to prevent the spread of COVID-19 including "know how it spreads," "avoid being exposed to this virus," and "clean your hands often" are impossible for detained persons to follow within a carceral setting. There is little evidence that detention center management identified and implemented effective strategies to implement these precautionary steps.[21]

25. The ubiquitous warnings about COVID-19 infections and the tragic aftermaths that are foreseeable in confined environments with limited healthcare resources and public health training, should have raised concerns among DHS and ICE leaders and contract detention center managers.

26. Confined settings may have a higher reproduction number for the coronavirus. Detention centers, like early outbreaks in nursing homes and on cruise ships, are characterized by significant numbers of people in small, confined spaces. Early studies suggest[22] that the reproduction numbers of COVID-19 in confined settings are significantly higher than community-level transmission, thus suggesting detention centers need to take extra precautions to ensure the safety of the detained population, staff and visitors.

**C. Third Opinion: Contract detention center management and ICE-run detention facilities do not have the adequate medical care and cannot ensure reasonable safety, to the detained population, resulting in an increased vulnerability to COVID-19 impacts. In addition, detained persons with underlying chronic conditions who experience an even greater risk of the consequences of COVID-19 are not segmented from the rest of the detained population.**

---

[21] *See* footnote 8, *supra*.
[22] Kenji Mizumoto at al., *Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the Diamond Cruise ship, Yokahama, Japan* (2020), available at: https://www.eurosurveillance.org/content/10.2807/1560-7917.ES.2020.25.10.2000180

27. The 2011 Operations Manual ICE Performance-Based National Detention Standards (PBNDS) and the 2019 National Detention Standards Update (NDS)[23] define the standards for ICE detention centers. In both, standards detail the need for an emergency protocol, including a process for preventing infectious diseases and providing necessary medical care for detainees that are tailored to the detainees' underlying medical conditions. Thus, not developing and enacting an emergency plan embodies a failure to fulfill the standards set forth by ICE for its detention centers.[24]

28. According to PBDNS, within two weeks of arrival at a detention center, all detainees should receive a comprehensive health assessment. This assessment identifies underlying risks, including chronic health challenges both physical and mental. Thus, the medical staff at ICE detention centers would be able to identify detainees who are more vulnerable to COVID-19 and more at risk of death.

29. There are existing standards and precedents for how detention centers decrease the negative impacts within detention centers of diseases like tuberculosis that have a high transmission rate. For example, under PBDNS standards, Tuberculosis (TB) Management includes working with state and local health departments and keeping detainees with suspected TB in isolated rooms with negative pressure ventilation. This suggests that detention centers are already familiar with a protocol that could have been enacted for COVID-19.[25]

30. From the information and documents that I have reviewed, the New Orleans Field Office does not appear to have implemented a protocol to deal with the COVID-19 pandemic.

---

[23] See https://www.ice.gov/detention-standards/2011 and https://www.ice.gov/detention-standards/2019#wcm-survey-target-id
[24] *Id*.
[25] Assumes tier with Randomized Controlled Trial procedures as described in www.CrimeSolutions.Gov.

**D. Fourth Opinion:   There are foreseeable risks in terms of further outbreak and negative health impacts of COVID-19 on the detained population, unless efforts to release people are immediately undertaken.**

31. The best epidemiological models available, based on valid scientific research, suggest widespread COVID-19 contagion in this region's ICE facilities, which will lead to broad contagion unless release efforts are initiated in a rapid timeframe.

32. Regional practices involving the outsourcing of detention and jail services to contractors provide disincentives to release detainees even in the face of imminent and documented medical risks to people held in the custody of ICE subcontractors in the New Orleans ICE Field Office region.

33. The risks of this practice of outsourcing are widely known and should have been known by DHS and ICE leaders who had a duty to supervise sub-contractors in terms of their management of health risks and healthcare response duties.

34. The local community benefits of contract ICE detention centers, in this region with few resources, appear to result in political dynamics, along with national political sentiment, that likely contributed to low rates of ICE parole grants.

35. The reality that this region's ICE facilities are located in remote or rural areas with limited resources and that medical resources proximate to the relevant ICE detention facilities leads to the conclusion that, were a COVID-19 infection to occur, widespread, long-term morbidity and mortality are more probable than not people detained by the New Orleans ICE Field Office.

**E. Summary Opinion: Despite explicit guidelines and standards mandating proactive efforts to reduce disease in the facilities, the ICE has failed to respond to obvious warnings, risk factors and direct information to reduce the risks COVID-19 posed to people detained in their custody. The risks of irreparable harm posed to these individuals, including the more probable than not consequence of long-term illness**

**and death, is in my opinion substantial and avoidable if appropriate release mechanisms are adopted in a rapid timeframe.**

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of March at New Orleans, Louisiana, United States.

Dr. Peter Scharf
Louisiana State University Health Sciences Center
2020 Gravier Street, 3rd Floor
New Orleans, Louisiana
pschar@lsuhsc.edu
(504) 509-9800

**Appendix A – Curriculum Vitae of Dr. Peter Scharf**

### Profile

- Nationally recognized leader in corrections, criminal justice research, field assessments, performance metrics, police deadly force training, and public health aspects of crime

- Founding Director of the *Center for Society, Law and Justice*
- Noted media interviewee on topics ranging from education for at risk youth, ethics and integrity, law enforcement and forensics, use of force, criminal violence and criminal justice technologies

- Certified as an expert witness in U.S. District Court in the police use of force

- Demonstrated success in multi-million-dollar grant funding and execution

- Worked with White House (Stuart Baker) assessment of Hurricane Katrina criminal justice aftermath

- Testified before House Judiciary Crime Sub-Committee Four times( 2007; 2012; 2013; 2015)

- *Foundations of Excellence* Award Winner at Texas State University (2008)

- Named President N.O. Schweitzer Fellowship Board of Directors

- Winner of Tulane Public Health Outstanding Teaching Award (2012 and 2013)

- Serve as facilitator and analyst for the Public Safety Transition team of New Orleans Mayor LaToya Cantrell.

- Helped Organized and facilitated a national Opioid Conference in New Orleans (2019)

- Presented a series of lecture on violent crime at the University of Alabama Medical School

**Dr. Peter Scharf**
Institute of Public Health and Justice
LSU School of Public Health
504-509-9800 (cell)
504-568-5703(office)
Pschar@lsuhsc.edu

**Career Overview**

Dr. Peter Scharf is a nationally recognized leader in public health-focused criminology with a specialized focus upon violent gun crimes. He was an invited speaker to the Nobel Public Service Seminar in Stockholm, Sweden.  He has innovated new undergraduate course offerings related to public health perspectives related to violence and change processes related to public health. Multiple national media have interviewed him about his expertise related to violent crime.

From 1992-95, Dr. Scharf served as Director of Training and Technical Assistance for the Police Foundation in Washington, DC.  He assumed responsibility for the funding and management of a celebrated risk management technology and led a training and technical assistance unit that was dedicated to improving law enforcement practices in civil disorders, diversity training, ethics, the use of force, community policing and effective management practices. He participated in two major investigations: the Chicago Police Department Burge Torture Case, and the New York City Crown Heights Disorder Investigation.

He was the founder of the Center for Society, Law and Justice (CSLJ) at the University of New Orleans. He led the creation of one of the highest quality criminal justice technology training, research, and implementation entities in the United States.  Additionally, Dr. Scharf played an integral role in attracting several multi-million-dollar grants to CSLJ and its partner, the University of New Orleans.  The Center for Society, Law and Justice won national recognition for its innovative programs supporting law enforcement and correctional professionals.  From 1998-2008, the Center managed a $2.8 million-dollar national Bureau of Justice (DOJ)

Assistance Cooperative Agreement to assist national law enforcement in implementing computer technologies. CSLJ completed several major cooperative agreements with DOJ/ODP including a national "*Managing Law Enforcement Integrity*" project, the "*Art of Performance Measures*", a multi-million-dollar project related to Forensic Digital investigations, and a PSN project, which focused upon research related to the targeting of guns in high crime neighborhoods.

While at Texas State University and later Tulane University, he managed a PREA risk management project designed to identify and manage the risk of rape in prisons. He was the 2008 *Foundations of Excellence* Award Winner at Texas State University. While at Tulane University, Dr. Scharf was the named the Outstanding Public Health Teacher in both 2012 and 2013.

Dr. Scharf testified four times before the House Judiciary Committee regarding murder trends and worked with Stuart Baker of the White House on an assessment of the federal Response to Hurricane Katrina.

He is the author of several books, including *Readings in Moral Education*
(1978), *Growing Up Moral* (1979), *Towards a Just Correctional System* (1980),
*Badge and the Bullet* (1983), *A Guide to Computer-Age Parenting (1984),*
*Understanding the Computer-Age* (1988), *Law Enforcement Integrity: The state of the art (2006),*
*and the Justice Information Sharing Performance Measures Guide* (2008), each of which has had a strong impact on educational, public health and criminal justice practice.

He has appeared in a number of national media entities in the past five years including NPR (6), *NBC Evening News* (3), PBS (3), *Nightline*, BBC (2) and CNN (3) and has been interviewed by the New York Times (4), Washington Post (2), and Wall Street Journal, Houston Chronicle (2), USA Today (6) and other national news entities. He was both treasurer and secretary of the FBI Citizen's Academy Alumni Association since 2004. He was asked to testify four times before the House of Representatives (5/10/07; 6/24/12, 1/23/13 and 7/22/15.)

He recently was named a facilitator and analyst for the Public Safety (N.O.P.D. sub-committee) developing policies for Mayor Latoya Cantrell. Dr. Scharf Facilitates meetings with City Leaders charged with formulating law enforcement policy. He recently helped organized and helped facilitate a national Opioid Crisis conference in New Orleans (October 31, 2019) and will be presenting a series of lectures at the University of Alabama Medical School in November 2019.

**Professional Experience:**
**University Employment**

- 1992-1995: *Police Foundation, Washington, D.C.*: Director of Technology and Technical Assistance: Managed and developed major service lines for leading police identified nonprofit organization in US. Directed community-based police training programs. Organized contacts with funding and other governmental agencies. Directed national technology, technical assistance, and training programs.

- 1995-2006: *University of New Orleans*, New Orleans, LA: Director, Center for Society, Law and Justice: Directed funding, training, and research efforts of consortium working with major New Orleans and national law enforcement and correctional entities.

- 2006-2008: *Texas State University, Research Professor Department of Criminal Justice*: Executive Director, Center for Society, Law and Justice at Texas State:  Directed all operations of the Center, working with Texas State Criminal Justice faculty and U.S. Department of Justice.

- 2008-2014 *Tulane University Research Professor of Public Health and Tropical Medicine*, Global Health Systems Department: Conducted research related to correctional reentry and public health, homicide trends and assessments of efforts to avert violent crime trends through prevention and early intervention.

- 2014-Current: Professor of Public Health, Institute of Public Health and Justice, LSU School of Public Health: Conduct research regarding nationally-funded projects regarding jail reduction (MacArthur), status of

  17-year-old offenders, co-occurring disorders, and evidence-based reentry.

   **Consulting**:

- *1970* to 1979: *Harvard University*: Co-Project Director, Just Community Prison Project. Managed innovative correctional rehabilitation program.

- 1973-1976: Biological Sciences Curriculum Study, Policy Board, Human Sciences, Author, <u>Rules</u> (Human Sciences Curriculum).

- 1976-1980: *CBS Publishing:* Acquisitions Editor, Trade and Education Titles: Acquired human development, criminal, education justice and trade book manuscripts.

- 1979-1982: *Public Policy Research Organization:* Director, Police Uses of Deadly Force Project. Directed use of deadly force research program.

- 1980-1986: *Mc Graw Hill Book Company*: Senior Acquisitions Editor for Computer-Based Educational and Training Programs. Acquired and developed major computer-based training projects.

- 1986-*1988: Institute for Scientific Information*: Project Director. Director and author of major tool-based middle school curriculum: Micro Works.

- 1989-1991: *Wasatch Education Systems*: National Manager for Criminal Justice Technical Products. Managed market and product efforts for highly profitable computer market segment.

- 1994-Present: *Civigenics*: Founding Partner. Wrote Venture Plan document and developed drug treatment mode for company with more than $80 million dollars in annual recurring revenue and sites in 30 states.

- 1996-1999: *Simon and Schuster/Viacom-Invest*: Consultant. Facilitated development of web and criminal justice technologies and marketing of adult education materials.

- 1997-Present: *Digital Concepts, Inc.* (DCI): Partner. Wrote venture plan in a high-tech company in late venture stage.

- 1999-2000: *Institute for Forensics* (Seattle, WA): Consultant. Helped design new web-based technology to analyze homicide cases.

- *2001*: *California Peace Officers and Standards*: Consultant related to values and policing.

- 2002-2003: *State of Washington*: Design of new parole risk assessment technology.

- 2003-2005: *Sierra Systems*: Consultant for Criminal Justice Programs.

- 2003: *FBI Citizen's Academy Alumni Association*: Secretary, Treasurer, Board Member.

- 2004: *Achieve3000*: Curriculum Subject Matter Expert for on-line moral curriculum development.

- 2004-2007: *International Association of Chiefs of Police Community Policing* Consultant: SMART Program-Juvenile Services Program.

- 2005-2006: *White House (Stuart Baker):* Assessment of federal response to Hurricane Katrina.

- 2007-2012: *International Association of Chiefs of Police Corrections*: Consultant on Law Enforcement Information Sharing.

- 2007-2008: *Eckerd Youth Services:* Consultant on Performance Measures Implementation.

- 2007: Developed Testimony for House Judiciary Committee-Crime Subcommittee-Bobby Scott, Chair.

- 2008-2010: *Texas Youth Commission* Consultant on the evaluation of innovative programming.

- 2010: Named to New Orleans Mayor Landrieu's Criminal Justice Transition Team.

- 2011- 2012: Consultant to AMI kids (Tampa FLA).

- 2012-2013: Consultant to Hilliard Heintze (Chicago, Ill.)

- 2012-4- Consultant to SAFY of America, (Delphos, Ohio)

- 2015-Developed testimony for Youth Violence Congressional Briefing

- 2016-17-Educational Testing Service Developed assessment strategy for longitudinal HiSet prison research.

- 2019-Named National Communications Director for the National Prevention Science Collaborative

  2017-19: Facilitator and analyst for the Public Transition team/Working Group of New Orleans Mayor LaToya Cantrell.  I conduct research and facilitate meetings with criminal justice leaders chosen by the Mayor Elect La Toya Cantrell and was named at prime facilitator for the NOPD sub-committee.

Consultant for the following Educational Police and Criminal Justice Agencies:   *White House Homeland Security Council*, *Seattle Police Department, FBI Academy, Mason County Sheriffs, King County Police, New York State Criminal Justice, Delaware River, Oregon State Police, AF, Austin Police, Gretna Police Department, Detroit Police Department, and IACP, CAL POST, LAPD, JPSO, Recovery School District, among others.*

| **Education** | |
|---|---|
| 1963 to 1967 | ***University of Rochester***<br>**A.B. (Honors)** English |
| 1970 to 1973 | ***Harvard University***<br><br>**Ed. D**.  Learning Environments( Human Development and Sociology) **Dissertation Advisor**: Lawrence Kohlberg<br>**Dissertation**: "Moral Atmosphere of the Prison" |

**Academic Appointments:**

| | |
|---|---|
| 1973 to 1981 | **University of California at Irvine**<br>Assistant Professor of Social Ecology |
| 1982 to 1986 | **Seattle University**<br>Associate Professor of Sociology |
| 1986 to 1988 | **University of Pennsylvania**<br>Faculty Member in Computer Education/Criminal Justice |
| 1989 to 1992 | **City University**<br>Faculty Member in Education, Business and Criminal Justice |
| 1994-1995 | **American University**, Society And Justice Program<br>Adjunct Professor Law and Justice Program |
| 1995-2007 | **University of New Orleans**<br>Associate Professor, Director CSLJ Department of Sociology |
| 2006-2008 | **Texas State University**,<br>Research Professor, Criminal Justice, Foundations of Excellence Award |
| 2008-2014 | **Tulane University** |

*School of Public Health and Tropical Medicine, Global Health Systems and Development Department*
Research Professor of Public Health,

Secretary to Faculty Senate (2010-2011)

Outstanding Undergraduate Teacher (2012 and 2013))

**2014-current**               **LSU School of Public Health**
Professor of Public Health (Adjunct) Teach doctoral seminar, Ethics and Public Health, Violence, Doctoral Research Coordination, Grant Development, Research

**Selected Books**

Scharf, Peter, <u>Readings in Moral Education</u>, Minneapolis, Minnesota; Winston Press, 1978.

Scharf, Peter and William McCoy, <u>Growing Up Moral</u>, Minneapolis, Minnesota:

Winston Press, 1979.

Hickey, Joseph, and Peter Scharf, <u>Towards a Just Correctional System</u>, San Francisco, California: Jossey-Bass, 1980.

Scharf Peter and Arnold Binder, <u>Badge and the Bullet</u>, New York, New York:

Praeger Books, 1983.

Scharf, Peter, <u>a Guide to Computer-Age Parenting</u>, New York, New York: Mc Graw Hill, 1984.

Scharf, Peter, <u>Understanding the Computer-Age</u>, New York, New York: Macmillan, 1990.

Scharf, Peter: <u>Law Enforcement Integrity</u>: the state of the art. Washington, DC: Bureau of Justice Assistance, 2006.

Scharf, Peter, Geerken, Michael, et. al. <u>Guide to Justice Information Systems</u> <u>Performance Measures</u> Washington, DC: Bureau of Justice Assistance, 2008.

| Selected Journal Titles |
|---|
| Scharf, P. "Inmates Conception of Legal Justice," *Journal of Criminal Justice and Behavior*, 1976, 3, 101-123. <br> Scharf, P. "Scoring Moral Reasoning," *Journal of Contemporary Psychology*, 1981, 26, 1, 23-26. <br> Binder, A. and P. Scharf, "Police-Citizen Violent Encounters," Annals of the *American Academy of Political and Social Sciences*, 1981 (2) 82-103. <br> Scharf, P. "Prison Violence" *Prison Journal*, 1983, 51(2). <br> Binder, A., and P. Scharf, "Deadly Force in Law Enforcement," *Crime and Delinquency*, 1982 (1) 1-18. <br> Scharf, P. "Keeping Faith: Counseling in Correctional Settings," *Counseling Psychologist*, 1983, (9) 83-94. <br> Scharf, Peter. "Kohlberg's Development as the Aim of Education, "*Current Contents*, 1987, 22, 31, 4. <br> Scharf, Peter and Stone, William." Examining the Correctional Technology |
| Paradox," *Journal of the Institute of Justice, and International Studies* (11), 2011. |
| Scharf, Peter: "Perils of Policing Reform," *The Crime Report*, October 2012. Scharf, Peter and Calderon, Jose, "After New Town: Controlling Gun Violence," *The Crime Report*, January 2013. Scharf, Peter and Philippi, Stephen, 2015, "The New Orleans Police Department was Troubled Long before Hurricane Katrina." *The Conversation*. |

**Selected Published Chapters**

Scharf, P. "Police Officer Decision-Maker." In Baker, F. Ed. <u>Determinants of Law</u> <u>Enforcement Policies</u>, Lexington, Mass, Lexington Books, 1980.

Scharf, P. "Violence and Moral Values." In Hays, Solway and Roberts, Eds.

<u>Violence and Society,</u> Garden City, NY: Spectrum Press, 198.5.

Scharf, P. "Moral Education of the Juvenile Delinquent." In Manly-Casmir and Cochrane, Eds. <u>Moral Education: The Practical-Domain</u>, New York, NY: Praeger Books, 1986.

Scharf, P. "Law and the Child's Legal Conscience." In Sprague, Ed. <u>Advances in</u> <u>Law and Child Development</u>, Greenwich, Connecticut: JAI Press, 1986.

Scharf, P. "Justice and the Criminal Offender's Moral Claim to Justice," L. Morain <u>Correctional Education,</u> Ottawa, NJ: Canada Press, 1992.

Scharf, P. Foreword, in Osofsky, J. <u>Children and Violence</u>, Princeton, NJ: Alblex, 1997; 2003.

Scharf, P. Foreword to Unter, K. <u>Melding Police and Policy to Dramatically</u> <u>Reduce Crime in the City of New Orleans:</u> A Study of the New Orleans Police Department, 2009.

**Technical Reports, Published Presentations, Training Research, Policy Publications**

*Rules: Interdisciplinary module Biological Sciences Curriculum Study* (1982). *Police Use of Deadly Force-UC Irvine* (1982).
"Shoot/Don't Shoot" HBO Video-DBA (1984).

*Creating a Correctional Just Community*-Harvard U (1985).
*Micro Works: Tools for Learning*-Institute for Scientific Information (1990).

*At Risk Life skills: Computer Based Module*-Wasatch Educational Systems (1992).
*Burge Torture Case Analysis*- Police Foundation-Chicago PD.

*Report to the Governor Regarding the Crown Heights Civil Disorder*-NY State (1993). *
*US Customs Cultural Diversity Curriculum*- Police Foundation (1994). *Ethics and Oregon State Police*-Police Foundation (1995). *
*Risk Assessment Management System*-Police Foundation (1995). *
*Framework for Community Policing*-BJA (1995). * *BJA
Goals and Directions*-BJA (1997). * *Managing the Use of
Force*-LA P.O.S.T (1997).
*Community Policing Training*-CSLJ (1996).
*Police Leadership and Management*-CSLJ (1997).
*Managing Criminal Justice Technologies Training Curriculum*-Bureau of Justice Assistance (l999; 2003). *
*Technical Assistance for Integrating Criminal Justice Technologies*-Bureau of Justice Assistance (1999).
*Technical Assistance Needs for Homicide Investigators-Institute for Forensics* with Robert Keppel Bureau of Justice Assistance (2000).
*Power Users Criminal Justice Training Curriculum*-Bureau of Justice Assistance (l999). *
*Crack Pipe Study*-New Orleans Police Foundation (2001). *

*Bail Study*-New Orleans Police Foundation (2002). *

*Privacy and Criminal Justice Databases* Bureau of Justice Assistance (2002). * *Assessing Integrated Criminal Justice Systems*-Bureau of Justice Assistance (2003). *

*Technology in Small Agencies* –Bureau of Justice Assistance (2003).

*Forensic Digital First Responders*-National Institute of Justice (2004). *

*Assessment of Austin SECURES® Implementation* National Institute of Justice (2004). *
*SECURES Training Guide*, National Institute of Justice (2004). *

*N.O.P.D. Retention Study*, CSLJ-Police Foundation (2004). *

*Consequences of Partially Integrated Information Systems*, Bureau of Justice Assistance (2004). *

*Performance Measure in Information Technology*, Bureau of Justice Assistance (2005). *
*Assessment of EDLA PSN Project*, PSN (2005). *
*The Art of IT Performance Measures*, Bureau of Justice Assistance (2006). *

*Managing Law Enforcement Integrity*, Bureau of Justice Assistance (2006). *

*Business Process Re-Engineering*, Bureau of Justice Assistance-White Paper

(2006). *

*Crime and Education*, Project Inkwell (2007). *

*Assessment of Hampton and Newport News SECURES® Implementation*, National
Institute of Justice (2007). *

*Technology and Murder*: U.S. DOJ Global IJIS Institute, George Washington

University (2007). *

*PREA Final Report*, Bureau of Justice Assistance (2008).

*Assessing the Potential of Correctional Technologies*, Moelis and Company (2009).
*Between Corrections and Law Enforcement*: The International Association of Chiefs of Police
(2010).

*Youth Focused Policing*: The *International* Association of Chiefs of Police (2011) *Assessment of
the Circle of Courage Mentoring Program*: Tulane University School of Public Health and
Tropical Medicine (2010).

*At Risk Youth Strategic Plan for the NO (LA) Recovery School District*: Tulane University
School of Public Health and Tropical Medicine (2011).

*An Analysis of N.O.P.D. Police Attitudes and Values*: Tulane University School of Public Health
and Tropical Medicine (2012).

*Assessment of the CPI Project*- LSU School of Public Health (2014)

*Study of Correctional Population Trends in St. Tammany Parish* LSU School of Public Health
(2014).
*Performance Measures for Child Welfare Services:* Tulane University School of Public Health
and Tropical Medicine (2012).

*Predicting Murder Trends:* US House Judiciary Committee: (2012). *

*After New Town Presentation* to House Crime Sub-committee (2013). * *Incarceration Rates in
St. Tammany Parish* (Presented to the St. Tammany Leadership Council (2014).

*School Mass Shootings:* Presented to the National Associates of School Safety Executives
(2014). *

*The Social Ecology of Youth Violence*: US House Judiciary Committee: 2015*

*NO Macarthur Jail Reduction Manuscript* (2015) LSU School of Public Health (2015). *

*Raise the Age: a report to the LA Legislature* with Dr. Stephen Philippi, et. al. (2016), *

*Education and Violent Crime*, Educational Testing Service (2017). *
*Briefings to Mayor Elect Cantrell Transition Team*, (2018). *Facilitation of City in Crisis Opioid Forum* LSUHSC (2019)
*The Costs and Consequences of Gun Violence,* University of Alabama Medical School (2019)
*Available through www.cslj.net; www.nicic.org www.ojp.org or through Google

---

*Recent Selected Expert Witness Activity*
*Cleary vs. Smith (1986) - constitutional rights of offenders (consent decree in effect)*
*Davis vs. Mason County (1991) - use of force (reviewed by Supreme Court): qualified in US District Court*
*Wittmer vs. Peters (1996) - race and correctional hiring policies: opinion commended by Louis Posner 7th Circuit Appeals*
*Waldron vs. Mc Millan (1996) – injury in pursuit of subject*
*Riley vs. New Castle (1996) - false imprisonment and technology*
*Brooks vs. Pryor Creek (1996) - use of force*
*Terel vs. Fort Worth (1997) - use of force*
*Benton vs. Woodward (1998) – US District Court (Section: 1983-42)*
*Evivie vs. Landreneau (1999) - police use of force-qualified in US District Court (Section: 1983-42)*
*Castillo vs. Round Rock (2000) – Texas positional asphyxia and wrongful death (under review US Supreme Court)*
*Jones vs. Grand Prairie (2001) - Texas-investigative procedures in child rape*
*Marshall vs. Wal-Mart (2002) – alleged "4473" negligence of retailer in Fort Worth gun sale*
*People vs. Wright (2004) - capital murder of a police officer*
*St. Clair vs. WA DOC (2006) – use of force/ correctional officer-retention*
*State (TX) vs. Michael Scott (2008-2009) –murder of four teen-age girls (ICBY Murder case, Austin Texas)*
*Burley vs. Harvey (2008)-defamation re allegations of criminal activity and racketeering*
*State vs. Spearman (2010)-Frye qualification of gunshot detection technology*
*USA vs. Italiano (2011)-civil rights trial re actions following Hurricane Katrina*
*Brandt vs. CSX Rail (2012)-liability related to murder of a train conductor*
*Ryan vs. Southwest Labs (2014)-Testing error by drug identification lab*
*State of La vs. Brian Smith- Capital Punishment in death of patrol Deputies*
*Preston Hunter vs. Wind Run Apartments(2017)- liability for gun assault in an Apartment Complex in New Orleans East*
*Breon Stewart vs. Wind Run Apartments (2018)-liability for murder in an Apartment Complex*

*Schiro v. Walgreen's- Liability(2019) for kidnapping robbery in a drug store*
*Roslynn Bienemy et. Al   vs. Chateau D Orleans Apartments (2019) Liability of an Apartment*
*Complex for Foreseeable Murder of a resident.*
Zena Nelson, et.al vs. Allen Borne et. al. (2019) *Liability for shooting of four young men at*
*social event*
*Gwendolyn Williams vs. Carrolton Trace Apartment (2019) Liability of an Apartment Complex*
*for Foreseeable Murder of a resident.*

## Selected Invitational Presentations (past 20 years)

Louisiana Association of Computer-Using Educators "Computer Instruction for

High-Risk Youth," New Orleans LA. (1992)

International Association of Chiefs of Police "Community Policing," St. Louis, MO (1993)

National Organization of Black Law Enforcement Officers "Use of Deadly Force

Revisited-Debate with Johnny Cochrane," Richmond, VA (1994)

National Institute of Corrections "Corrections and Law Enforcement," Washington, DC (1995)

Alaska Alternative Education Conference" Crime and Learning" Wasilla, AK (1996)

National Firearms Meeting "Computer-Based Firearms Control," Washington, DC (1997)

Southern Policing Institute" Law Enforcement Ethics," Gretna, LA (1998) National Sheriff's
Association "Law Enforcement Technologies," Columbus, OH (1999)

Mapping Law Enforcement Technologies," Portland, ME, Miami (FLA). Palm

Springs, CA, Cleveland, OH (2000)

Correctional Technology Association (NIC)," Mega trends in Correctional Technologies"
Raleigh, NC (2001)

Bureau of Justice Assistance ("Criminal Justice Data Bases, Privacy and Ethics") New Orleans
(2001)

Correctional Technology Association," Technology Innovation in Correctional Technologies"
New Orleans, LA (2002)

National Governor's Association," "Performance Measures" Washington, DC (2003

National Association for Justice Integration Systems "Solving Serial Crime through
Technology" Fort Worth, Texas (2003)

National Institute of Justice "Gunshot Detection" Washington DC (2004)

National Association for Justice Integration Systems "Business Process Change" Boston, MA
(2004)

IJIS Institute "Technology and Organizational Change" Dulles, VA (2005)

NCJA "Performance Based Criminal Justice", Dana Point, CA (2005)

SEARCH "Organizational Perspectives and Accountability, Washington, DC (2006)

NCJA/IJIS Institute "Performance Measures, Baltimore, MD (2006)

NAIJS "Change and Performance Measures" Boca Raton FLA (2006)

ACA-NJ "Evacuation of Orleans Parish Prison during Hurricane Katrina" Atlantic City, NJ (2006)

Project Inkwell "Education and Crime" Seattle, WA (2006)

George Washington University" Technology and Murder" Ashburn, VA (2007)

IJIS Institute/NCJA "Murder Trends" Phoenix, AZ (2007)

IIJIS "Performance Metrics and Violent Crime" Springfield, Ill. (2007) US House of Representatives Judiciary Committee "Early Interventions re: managing violent crime risks" NOLA (2007)

US House of Representatives Judiciary Committee "What Works/What Does Not? Re: control of violent crime" Washington, DC (2007)

Alliance for Good Government "Murder in New Orleans" New Orleans, LA (2007)

IACP "Murder and the Media, New Orleans, LA (2007)

BJA "Information Sharing Summit" Washington, DC (2008)

Nobel Public Service Presentation "Crime and the Knowledge Economy" Stockholm Sweden (2008)

Corrections Technology Association (Keynote) "Can Correctional Technology Save Costs?" Albany, NY (2009)

American Public Health Association" Performance Measure for Public Health Technologies" Philadelphia PA (2009)

American Public Health Association" Mentoring to Reduce Violent Crime Risks" Philadelphia PA (2009)

National at-Risk Youth Conference" Violent Crime prevention" Joliet, Ill. 2010

Correctional Technology Association (Roundtable facilitator), Daytona Beach, FLA (2011)

LA Probation and Parole" Can we Afford Prisons-Now What? New Iberia, LA

(2011)

Correctional Technology Association (Roundtable facilitator and Major Session re:

Correctional Reentry), Daytona Beach, FLA (2012)

US House Crime Sub-Committee: "Gun Violence after Newtown," Congressional Violence Summit Washington DC (2013)

New Orleans Roundtable Club, "Murder in New Orleans," New Orleans, LA (2013)

Louisiana State University Medical School" Murder viewed from public health perspective" (2013)

Bureau of Justice Assistance Second Chance National Conference" Reducing

Recidivism Risks, National Harbor, MD (2014)

National Association of School Safety and Law Enforcement Officers, New Orleans (2014)

Educational Testing Service HI SET Conference-Between Education Crime

Prevention"-Keynote, New Orleans, LA (2015)

US House Congressional Briefing, Social Ecology of Youth Violence,

Washington, DC (2015)

Educational Testing Service HI SET National Conference, -Between Education, Vocations and Crime Control"-Keynote, San Francisco, CA (2016)

Tulane School of Medicine Gun Violence in New Orleans, (2017)

Tulane School of Medicine Gun Violence and Medical Interventions: Tulane School of Medicine (2018)

Louisiana State University Health Science Center a City in Crisis- Opioid Epidemic Facilitation (2019)

University of Alabama Medical School, the Costs and Consequences of Gun Violence Control (2019)


**Media Interviews & Grant Funding**

Dr. Scharf has received broad media exposure as an expert in the field of criminal justice and has demonstrated strong success in obtaining criminal justice funding. National Media interviews/presentations 2010-2019


- Washington POST

- USA Today

- New York Times

- CBS TV

- NBC Evening News-Lester Holt

- Fox TV
- ABC Nightline
- Clear Channel Radio
- Associated Press
- PBS
- NPR
- CNN
- Le Figaro
- BBC
- NY Times
- Associated Press
- Christian Science Monitor
- Reuters
- WWL Radio
- NBC  News

**Federal Department of Justice/DHS Cooperative Agreements/Grants**

- Bureau of Justice Assistance "Performance Measures for IT Systems" – $150,000.00 (2002)
- National Institute of Justice/ FBI "Gulf Coast Computer Forensics Lab - $1,200,000 (2002)
- Bureau of Justice Assistance "Executive Technical Briefings for Information Technologies"-$220,000.00 (2002)
- Bureau of Justice Assistance "Managing Criminal Justice Technologies"-$650,000.00 (2003)
- Bureau of Justice Assistance "Managing Law Enforcement Integrity", $349,000.00 (2003)
- BJA "Project Safe Neighborhood" - $150 00 (2002-2006)
- National Institute of Justice "Secures® Assessment-Gunshot Detection"-$400,000 (2001-6)

- Bureau of Justice Assistance, "Art of IT Performance Measures" $150,000 (2006-8)
- Office of Domestic Preparedness USAA-NIMS/WMD Training "$600,000.00 (2005-10)
- Bureau of Justice Assistance PREA "Risk Assessment"-

  $527,000.00 (2006-7)
- Bureau of Justice Assistance PREA "Change Experiment"-

  $950,000.00(2007-9)
- Bureau of Justice Assistance-Assessment of Pegasus Local to

  Local Sharing Initiative -$3,500,000.00 (total) with Pegasus

  Research Foundation, Phase 1 and 2 :( 2009-11)
- Recovery School District, Designing an Alternative School for High Risk Students (2012-3)
- Bureau of Justice Assistance-Assessment of BJA Co-Occurring Disorder Initiative with LA DOC-$640,000- 2011-2014
- Bureau of Justice Assistance-Statewide Recidivism Reduction- With LA DOC, $ 982,000.00-2012-14
- Bureau of Justice Assistance-Statewide Re-Entry Implementation- With LA DOC, $ 700,000.00-2015-17
- Bureau of Justice Assistance- Phase II Assessment of BJA Co-Occurring Disorder Initiative with LA DOC-$640,000- 2014-2017 Winner of ACA innovation award (2017)
- Mac Arthur Foundation-Assessment of Jail Reduction Initiative $43,000.00 (2016-8)
- Gretna Police Department-Race Relations and Social Media (2019)

**Personal:**

Father of Adria, Sage, Razi and Tessa.

Grandfather of Sahara, Owen, Levi, Sedona, Deni, Hannah Cora, and Melia.