EXHIBIT 1

## Simon, Jeremy (USADC)

| | |
|---|---|
| **From:** | Simon, Jeremy (USADC) |
| **Sent:** | Friday, March 20, 2020 5:59 PM |
| **To:** | Victoria Mesa |
| **Cc:** | Luz Lopez; Bruce Hamilton; Mich Gonzalez; Christina LaRocca |
| **Subject:** | RE: Heredia-Mons v. Wolf- request for information |

Victoria,

Thank you for the email.  ICE has made available information on its website addressing issues pertaining to the Coronavirus -- see www.ice.gov/covid19  -- and, in response to your question below, I refer you to the sections discussing detention/visitation at detention facilities that can be found at this link.

In terms of any motion for TRO along the lines you outline below, Defendants would oppose any such motion.  While Defendants' position will be set forth more fully in its opposition, it bears mentioning that the only claim presently in this case is an APA claim alleging non-compliance by ICE with the provisions of the Parole Directive.   The TRO motion that you have outlined below goes well beyond the limited scope of this lawsuit and, in effect, would be asking the Court to make parole adjudications – i.e., to, in effect, order the granting of parole to all members of the Mons class.   The court, however, already has recognized that it has no jurisdiction over the parole determinations themselves.  *See Damus,* 313 F. Supp. 3d at 327 (observing that "[t]o the extent Plaintiffs are challenging the [parole] determinations themselves – i.e., the actual balancing of the merits of each application for parole – this Court agrees that it lacks jurisdiction").

Please feel free to contact me if you have any questions regarding Defendants' position.

Thanks.

Jeremy

---

**From:** Victoria Mesa <victoria.mesa@splcenter.org>
**Sent:** Friday, March 20, 2020 1:05 PM
**To:** Simon, Jeremy (USADC) <JSimon@usa.doj.gov>
**Cc:** Luz Lopez <luz.lopez@splcenter.org>; Bruce Hamilton <bhamilton@laaclu.org>; Mich Gonzalez <mich.gonzalez@splcenter.org>; Christina LaRocca <christina.larocca@splcenter.org>
**Subject:** Heredia-Mons v. Wolf- request for information

Good afternoon, Jeremy,

On behalf of the *Heredia Mons* class, we are writing to request information on the procedures for the prevention and management of COVID-19 at all ICE Facilities under the jurisdiction of the New Orleans ICE Field Office.

As you know, CDC guidance provides that older adults and people who have chronic medical conditions including heart disease, asthma, HIV, diabetes, and lung disease are at higher risk for getting very sick or dying from COVID-19. The CDC advises that these higher risk people take precautions such as avoiding crowds and close contact with others. Where there is COVID-19 spreading in the community, the CDC recommends that these higher risk individuals take extra measures including increasing the distance between themselves and others.

Moreover, the disease quickly spreads in environments where persons are in close proximity, as is the case with our class members, who find themselves in civil detention awaiting the resolution of their asylum claims. Our class members cannot protect themselves through tools like social distancing, that the CDC and most states are currently advocating for the population at-large.

We ask in good faith for the immediate release from detention all of Heredia Mons class members, particularly those who are at high risk of serious illness or even death, including people 60 and older, those with the above-named underlying health conditions, people who have weakened immune systems, and people who are pregnant or suffering from other serious medical issues.

In the event that the New Orleans ICE Field office is not willing to release our clients, please advise whether your clients will oppose Plaintiffs' filing of a Temporary Restraining Order seeking release of *Heredia Mons* class members, and enjoining the New Orleans ICE Field Office from detaining any future class members, until the abatement of this pandemic. Please promptly advise us whether your clients wish to further confer on this matter. Otherwise, we will proceed to file the above-referenced Motion for a Temporary Restraining Order with the Court.

Sincerely,

**Victoria Mesa-Estrada**
Senior Staff Attorney  |  Immigrant Justice Project
Southern Poverty Law Center
T  786.347.2056   C  786.216.9168
victoria.mesa@splcenter.org  |  www.splcenter.org

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.