# EXHIBIT

# 1A

# Pre-Injunction Count and Percentage of Parole Decisions
## 1/13/16–1/31/19

| Year | Count | | | | Percent | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Granted | Denied | Not Reported | Total Decisions | Granted | Denied | Not Reported |
| 2016 | 173 | 56 | 0 | 229 | 75.5% | 24.5% | 0.0% |
| 2017 | 14 | 64 | 1 | 78 | 17.7% | 81.0% | 1.3% |
| 2018 | 2 | 125 | 0 | 127 | 1.6% | 98.4% | 0.0% |
| 2019 | 0 | 3 | 0 | 3 | 0.0% | 100.0% | 0.0% |
| Total | 189 | 248 | 1 | 437 | | | |

Source:  U.S. Immigration and Customs Enforcement, Redacted Credible Fear Reports provided under the Freedom of Information Act, 2019-ICLI-00010, 2016–2019

Note:  Calculations were carried out with all available data but may not represent all parole decisions over the given period. Parole decisions are limited to where the DCO or Field Office is reported as "NOL." No data for December 2017 were available. No data for June 2017 and October 2018 were reported for the New Orleans Field Office.