# EXHIBIT

# 1B

# Post-Injunction Count and Percentage of Parole Decisions
## 9/5/19–4/16/20

| Year | Month | Count Granted | Count Denied | Count Not Reported | Percent Granted | Percent Denied | Percent Not Reported |
|---|---|---|---|---|---|---|---|
| **Detainees Seeking Parole for First Time** | | | | | | | |
| Total | | 41 | 594 | 0 | 6.5% | 93.5% | 0.0% |
| 2019 | September | 3 | 186 | 0 | 1.6% | 98.4% | 0.0% |
| 2019 | October | 5 | 132 | 0 | 3.6% | 96.4% | 0.0% |
| 2019 | November | 4 | 92 | 0 | 4.2% | 95.8% | 0.0% |
| 2019 | December | 4 | 56 | 0 | 6.7% | 93.3% | 0.0% |
| 2020 | January | 4 | 41 | 0 | 8.9% | 91.1% | 0.0% |
| 2020 | February | 15 | 60 | 0 | 20.0% | 80.0% | 0.0% |
| 2020 | March | 6 | 27 | 0 | 18.2% | 81.8% | 0.0% |
| **Detainees Seeking Redetermination** | | | | | | | |
| Total | | 235 | 1156 | 1 | 16.9% | 83.0% | 0.1% |
| 2019 | September | 0 | 1 | 0 | 0.0% | 100.0% | 0.0% |
| 2019 | October | 0 | 68 | 0 | 0.0% | 100.0% | 0.0% |
| 2019 | November | 5 | 271 | 0 | 1.8% | 98.2% | 0.0% |
| 2019 | December | 1 | 110 | 0 | 0.9% | 99.1% | 0.0% |
| 2020 | January | 28 | 173 | 0 | 13.9% | 86.1% | 0.0% |
| 2020 | February | 114 | 263 | 1 | 30.2% | 69.6% | 0.3% |
| 2020 | March | 67 | 209 | 0 | 24.3% | 75.7% | 0.0% |
| 2020 | April | 20 | 61 | 0 | 24.7% | 75.3% | 0.0% |

Source:  Declaration of Jacques Metoyer, December 6, 2019; Declaration of Jacques Metoyer, December 23, 2019; Declaration of Jacques Metoyer, January 29, 2020; Declaration of Jacques Metoyer, February 24, 2020; Declaration of Jacques Metoyer, March 24, 2020;  Declaration of Jacques Metoyer, April 23, 2020 ("Metoyer Declarations")

Note:  Exhibit A of the Metoyer Declarations contains information from detainees previously denied parole and seeking redetermination. Exhibit B contains information from detainees seeking parole determination for the first time. Duplicate determinations across Metoyer Declarations have been removed from the counts. Parole decisions appear for June 6, 2019, and August 8, 2019, in Exhibit B of the Metoyer Declarations. A parole decision appears in Exhibit A of the Metoyer Declarations for January 12, 2019 in the January 29, 2020, Metoyer Declaration. These determinations were reported outside of the date range indicated by the Metoyer Declarations (Exhibit A: 10/14/19–4/17/20; Exhibit B:  9/5/19–3/15/20) and were excluded from the counts.