# EXHIBIT

# 1C

# Total Parole Redeterminations by Detention Facility in Declarations
## 9/12/19–4/16/20

| Facility | 2019 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| | September | October | November | December | January | February | March | April |
| Adams County Detention Center | 0 | 0 | 2 | 1 | 10 | 56 | 69 | 52 |
| Allen Parish Public Safety Complex | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 0 |
| Bossier Parish Medium Security Facility | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Catahoula Correctional Center | 0 | 0 | 0 | 0 | 1 | 4 | 2 | 2 |
| Dekalb County Detention Center | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jackson Parish Correctional Center | 0 | 34 | 35 | 26 | 17 | 55 | 17 | 0 |
| LaSalle ICE Processing Center | 1 | 3 | 1 | 0 | 0 | 8 | 2 | 4 |
| Pine Prairie ICE Processing Center | 0 | 5 | 23 | 3 | 7 | 8 | 11 | 11 |
| Richwood Correctional Center | 0 | 0 | 37 | 44 | 58 | 59 | 26 | 0 |
| River Correctional Center | 0 | 0 | 64 | 2 | 7 | 30 | 50 | 10 |
| South Louisiana ICE Processing Center | 0 | 15 | 29 | 0 | 84 | 39 | 44 | 0 |
| Winn Correctional Center | 0 | 10 | 81 | 35 | 16 | 118 | 51 | 0 |
| **Total** | **1** | **68** | **276** | **111** | **201** | **378** | **274** | **79** |

Source:  Declaration of Jacques Metoyer, December 6, 2019; Declaration of Jacques Metoyer, December 23, 2019; Declaration of Jacques Metoyer, January 29, 2020; Declaration of Jacques Metoyer, February 24, 2020; Declaration of Jacques Metoyer, March 24, 2020;  Declaration of Jacques Metoyer, April 23, 2020 ("Metoyer Declarations")

Note:  All data displayed come from Exhibit A of the Metoyer Declarations, which contains information from detainees previously denied parole and seeking redetermination. Duplicate determinations across Metoyer Declarations have been removed from the counts. A parole determination dated January 12, 2019 appears in the January 29, 2020, Metoyer Declaration. This determination is outside of the date range indicated by the Metoyer Declarations (10/14/2019–4/17/2020) and was excluded from the count. Four records in Exhibit A of the Metoyer Declarations do not report the detention facility. LaSalle ICE Processing Center includes LaSalle Correctional Center.