# EXHIBIT

# 1D

# Post-Injunction Parole Decisions
## 9/5/19−4/16/20

|  | Denied | Granted | Pending | OSUP | Withdrawn | Not Reported | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Count of Parole Applications** | 1,753 | 276 | 20 | 1 | 1 | 1 | 2,052 |
| **Percentage of Total Parole Applications** | 85.4% | 13.5% | 1.0% | 0.0% | 0.0% | 0.0% | 100.0% |
|  |  |  |  |  |  |  |  |
| **Parole Applications by Determination Request** |  |  |  |  |  |  |  |
| Detainees Seeking Redetermination Total | 1,157 | 235 | 0 | 0 | 0 | 1 | 1,393 |
| Detainees Seeking Parole for First Time Total | 596 | 41 | 20 | 1 | 1 | 0 | 659 |
| **Total Parole Applications** | 1,753 | 276 | 20 | 1 | 1 | 1 | 2,052 |
|  |  |  |  |  |  |  |  |
| **Redeterminations by Detention Facility** |  |  |  |  |  |  |  |
| Adams County Detention Center | 150 | 39 | - | - | - | 1 | 190 |
| Allen Parish Public Safety Complex | 4 | 1 | - | - | - | - | 5 |
| Bossier Parish Medium Security Facility | 3 | 0 | - | - | - | - | 3 |
| Catahoula Correctional Center | 8 | 1 | - | - | - | - | 9 |
| Dekalb County Detention Center | 1 | 0 | - | - | - | - | 1 |
| Jackson Parish Correctional Center | 164 | 20 | - | - | - | - | 184 |
| LaSalle ICE Processing Center | 17 | 2 | - | - | - | - | 19 |
| Pine Prairie ICE Processing Center | 57 | 11 | - | - | - | - | 68 |
| Richwood Correctional Center | 190 | 35 | - | - | - | - | 225 |
| River Correctional Center | 141 | 22 | - | - | - | - | 163 |
| South Louisiana ICE Processing Center | 191 | 20 | - | - | - | - | 211 |
| Winn Correctional Center | 227 | 84 | - | - | - | - | 311 |
| No Facility Reported | 4 | - | - | - | - | - | 4 |
| **Detainees Seeking Redetermination Total** | 1,157 | 235 | 0 | 0 | 0 | 1 | 1,393 |

Source: Declaration of Jacques Metoyer, December 6, 2019; Declaration of Jacques Metoyer, December 23, 2019; Declaration of Jacques Metoyer, January 29, 2020; Declaration of Jacques Metoyer, February 24, 2020; Declaration of Jacques Metoyer, March 24, 2020;  Declaration of Jacques Metoyer, April 23, 2020 ("Metoyer Declarations")

Note: Exhibit A of the Metoyer Declarations contains information from detainees previously denied parole and seeking redetermination. Exhibit B of the Metoyer Declarations contains information from detainees seeking parole determination for the first time. Exhibit A reports detention facility. Exhibit B does not report detention facility. Decisions listed as OSUP, Pending, Withdrawn and Not Report appear in Exhibit B. Duplicate determinations across Metoyer Declarations have been removed from the counts.