# EXHIBIT

# 1H



## Post-Injunction Parole First Time Decisions
### 9/5/19–4/16/20

Source: Declaration of Jacques Metoyer, December 6, 2019; Declaration of Jacques Metoyer, December 23, 2019; Declaration of Jacques Metoyer, January 29, 2020; Declaration of Jacques Metoyer, February 24, 2020; Declaration of Jacques Metoyer, March 24, 2020; Declaration of Jacques Metoyer, April 23, 2020 ("Metoyer Declarations")

Note: Exhibit A of the Metoyer Declarations contain information from detainees previously denied parole and seeking redetermination. Exhibit B contains information from detainees seeking parole determination for the first time. Duplicates determinations across Metoyer Declarations have been removed from the counts.