# EXHIBIT

# 1N

**Exhibit 1N**

# Parole Grant Decisions by Area of Responsibility
## 1/31/16–12/31/18

| Field Office | 2016 | | | | 2017 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Granted | Denied | Grant % | Total | Granted | Denied | Grant % | Total | Granted | Denied | Grant % |
| New Orleans, LA | 229 | 173 | 56 | 75.5% | 78 | 14 | 64 | 17.9% | 127 | 2 | 125 | 1.6% |
| Atlanta, GA | 44 | 6 | 38 | 13.6% | 78 | 16 | 62 | 20.5% | 955 | 654 | 301 | 68.5% |
| Baltimore, MD | 30 | 20 | 10 | 66.7% | - | - | - | - | 6 | 6 | 0 | 100.0% |
| Boston, MA | 61 | 37 | 24 | 60.7% | 7 | 7 | 0 | 100.0% | 43 | 40 | 3 | 93.0% |
| Buffalo, NY | 144 | 96 | 48 | 66.7% | 81 | 38 | 43 | 46.9% | 168 | 138 | 30 | 82.1% |
| Chicago, IL | 136 | 96 | 40 | 70.6% | 28 | 11 | 17 | 39.3% | 43 | 5 | 38 | 11.6% |
| Dallas, TX | 8 | 7 | 1 | 87.5% | 3 | 3 | 0 | 100.0% | 107 | 105 | 2 | 98.1% |
| Denver, CO | 231 | 185 | 46 | 80.1% | 249 | 174 | 75 | 69.9% | 214 | 181 | 33 | 84.6% |
| Detroit, MI | 129 | 22 | 107 | 17.1% | 89 | 2 | 87 | 2.2% | 71 | 18 | 53 | 25.4% |
| El Paso, TX | 213 | 55 | 158 | 25.8% | 475 | 4 | 471 | 0.8% | 862 | 306 | 556 | 35.5% |
| Houston, TX | 192 | 143 | 49 | 74.5% | 57 | 50 | 7 | 87.7% | 236 | 225 | 11 | 95.3% |
| Los Angeles, CA | 1341 | 437 | 904 | 32.6% | 589 | 56 | 533 | 9.5% | 800 | 144 | 656 | 18.0% |
| Miami, FL | 110 | 100 | 10 | 90.9% | 45 | 37 | 8 | 82.2% | 166 | 91 | 75 | 54.8% |
| New York, NY | 27 | 21 | 6 | 77.8% | 102 | 59 | 43 | 57.8% | 10 | 7 | 3 | 70.0% |
| Newark, NJ | 109 | 6 | 103 | 5.5% | 23 | 1 | 22 | 4.3% | 251 | 96 | 155 | 38.2% |
| Philadelphia, PA | 184 | 21 | 163 | 11.4% | 75 | 1 | 74 | 1.3% | 134 | 23 | 111 | 17.2% |
| Phoenix, AZ | 265 | 99 | 166 | 37.4% | 137 | 38 | 99 | 27.7% | 94 | 41 | 53 | 43.6% |
| Saint Paul, MN | 39 | 2 | 37 | 5.1% | 2 | 0 | 2 | 0.0% | 14 | 4 | 10 | 28.6% |
| Salt Lake City, UT | 16 | 14 | 2 | 87.5% | 6 | 0 | 6 | 0.0% | 46 | 4 | 42 | 8.7% |
| San Antonio, TX | 6519 | 6327 | 192 | 97.1% | - | - | - | - | 6042 | 5741 | 301 | 95.0% |
| San Diego, CA | 695 | 418 | 277 | 60.1% | 593 | 124 | 469 | 20.9% | 811 | 449 | 362 | 55.4% |
| San Francisco, CA | 9 | 8 | 1 | 88.9% | 22 | 15 | 7 | 68.2% | 58 | 44 | 14 | 75.9% |
| Seattle, WA | 128 | 46 | 82 | 35.9% | 39 | 19 | 20 | 48.7% | 166 | 88 | 78 | 53.0% |
| Washington, DC | 51 | 34 | 17 | 66.7% | 71 | 34 | 37 | 47.9% | 16 | 5 | 11 | 31.3% |

Source:  U.S. Immigration and Customs Enforcement, Redacted Credible Fear Reports provided under the Freedom of Information Act, 2019-ICLI-00010, 2016—2019

Note:  Calculations were carried out with all available data for 2016, 2017, and 2018 but may not represent all parole decisions over the given period. San Antonio, TX, and Baltimore, MD do not report any data in 2017. Parole determinations for which parole decisions were not reported have been excluded from the counts.