# EXHIBIT

# 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ángel Alejandro Heredia Mons et al.  )
  )
    *Plaintiffs*,  )
v.  )    Civ. No.: 1:19-cv-01593
  )
Chad WOLF, et al.  )
  )
    *Defendants/Respondents.*  )

### DECLARATION OF JOSEPH SAVERIO GIARDINA, ESQ.

I, Joseph Saverio Giardina, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed in the state of Louisiana with bar roll number 38101. I represent approximately 50 or more arriving alien asylum-seeker clients detained in Louisiana and Mississippi.
2. Since the September 5, 2019 preliminary injunction order in the *Heredia Mons* case, I continue to experience the below barriers in representing my clients on parole applications:
   1. My clients report not receiving parole interviews.
   2. My clients report not knowing who their assigned Deportation Officer is at any given time.
   3. My clients report not being provided interpreters or translations when necessary to understand parole documents provided by ICE officers.
   4. New Orleans ICE and its officers refuse to respond to my requests for timely adjudications or to provide me copies of the denial letters in my clients' cases. Routinely, in order to communicate with ICE officers, which actually have working phone numbers, I have to call upwards of thirty (30) times in a day to get a response from their secretary only to have my call unanswered once I am transferred to the officer's desk.

5. New Orleans ICE continues to provide boiler plate denials citing to flight risk even in cases with extensive evidence to the contrary and with no individualized explanation as to why my clients are deemed flight risks. In my estimation, this is the most egregious refusal to comply with this honorable Court's injunction and to even comply with ICE's own internal guidelines. I have been an attorney on over a hundred parole requests since the injunction in the present matter and not once have I ever received anything other than a boiler plate denial checklist from ICE. Never have I been given an individualized response as to why my client has been denied parole. Often, the denials include the wrong alien number, incorrect boxes checked, or the false statement that a detailed denial letter was already provided.

3. As recently as April 2020, I have had clients wrongfully denied an interpreter and wrongfully denied parole without individualized review. I have also experienced a continued refusal to provide any determination on forty-five (45).

4. My below listed clients are all arriving alien asylum-seekers who have either been waiting over a month for a parole redetermination or were recently wrongfully denied release on parole without an individualized determination. All of the below clients have colorable asylum claims, proposed sponsors with lawful immigration status and no criminal history. They have all provided evidence of these facts in their parole applications as well as evidence of their identity and good moral character.

   1. Yohandris Ramirez Merencio - A#213-288-632
   2. Yoel Bejerano Rodriguez - A#203-579-764
   3. Eddunio Dumon Candell - A#203-637-089
   4. Reynaldo Columbie Reyes - A#203-746-398
   5. Luis Perez Perez - A#203-462-475
   6. Dannier Tamayo Del Rio - A#201-300-712
   7. Yulixander Liranza - A#203-634-903
   8. Osmanys Rouco Cascales - A#201-300-706
   9. Ruben Fernandez - A#201-933-579
   10. Alexander Molina Zamora - A#201786984
   11. Reidel Cruz Yero - A#203-645-296

12. Pedro Desoto Castellon - A#203-778-142
13. Yurixei Molina Quiala - A#203-496-875
14. Ramiro Fornaris Marin - A#203-598-025
15. Yeliam Tellez Dovales - A#203-525-266
16. Roinier Rubio Gonzalez - A#201-666-131
17. Yosvany Alberto Suarez Mendez - A#215-734-244
18. Ossiel Ramirez Oquendo - A#201-300-711
19. Maykel De la Torre Estada - A#203-637-048
20. Julio Cesar Santana Curi - A#201-671-729
21. Gustavo Rodriguez Olivera - A#203-525-425
22. Eduardo Adan Roldan - A#203-494-206
23. Lesmes Perez Vega - A#203-593-158
24. Alejandro Roberto Benites Figueredo - A#203-579-621
25. Gueiler Gabriel Gamboa - A#201-451-712
26. Jose Perez De Corcha Garcia - A203-579-895
27. Antonio Estevez Reytor - A203-597-780
28. Ibis Oropeza - A#213-314-824
29. Wilmer Gascon Hernandez - A#203-796-495
30. Fiegoh Locke - A#213-327-857
31. Awah Kinglsey Ngomanji - A#213-327-758
32. Walter Asonah Atianjoh - A#213-327-814
33. Clotel Njeik Timah - A#201-743-991
34. Yahm Elvis Njenala - A#203-600-948
35. Chagua Rigobert - A#213-327-738
36. Joy Atianjoh - A#213-327-860
37. Arnold Kasparova - A#213-189-687
38. Reinier Guerra Perez - A#201-450-645
39. Lianet Perez Romero - A#213-245-061
40. Michael Nkeglefak Otto - A#203-600-710
41. Clinton Biram Ndzi - A#213-327-859
42. Valdano Muchop Tebid - A#213-327-870

    43. Sangwe Xtus Nkimi - A#213-189-675

    44. Sarahi Lopez Vilches - A#203-778-206

    45. Karen Khachatrian - A#203-600-699

5. My below listed clients are all arriving alien asylum-seekers with underlying conditions that make them particularly vulnerable to COVID-19 whom ICE continues to deny access to parole without explaining what makes them a flight risk or a danger to the community, in light of the serious public interest in releasing them to avoid grave illness or death.

    1. Wilmer Gascon Hernandez - A#203-796-495 - (Detained at LaSalle Jena; Asthma)

    2. Reinier Guerra Perez - A#201-450-645 - (Detained at Jackson; Asthma)

    3. Sarahi Lopez Vilches - A#203-778-206 - (Detained at Adams; Hypertension)

    4. Arnold Kasparova - A#213-189-687 - (Detained at LaSalle Jena; Hypertension)

    5. Gustavo Rodriguez Olivera - A#203-525-425 - (Detained at Winn; Diabetes, Hypertension, Older)

    6. Gueiler Gabriel Gamboa - A#201-451-712 – (Detained at Winn; Asthma)

    7. Antonio Estevez Reytor - A#203-597-780 – (Detained at Winn; Screened for prostate cancer, presently urinating blood)

I declare under penalty of perjury that the foregoing is true and correct.

[Signature]
_____
Joseph Saverio Giardina, Esq.

Date: April 26, 2020