**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Ángel Alejandro Heredia Mons, *et al.*, on behalf of himself and others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CHAD WOLF, Acting Secretary of the Dep't of Homeland Security, in his official capacity, *et al.*,<br><br>    *Defendants.* | ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-01593(JEB) ) ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

The Court's Minute Order dated April 6, 2020, directed the parties to file a Joint Status Report by June 8, 2020, setting forth their position(s) on future scheduling. Accordingly, the parties report as follows.

1. Currently pending before the Court is Plaintiffs' motion to show cause, for expedited discovery and for appointment of a special master. Defendants' deadline to respond to that motion is June 16, 2020.

2. The parties propose that they address further scheduling issues either at any hearing on the pending motion or in a subsequent status conference with the Court.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney

                                        DANIEL F. VAN HORN, D.C. BAR # 924092
                                        Civil Chief

By: \_\_\_/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants

    AND

MELISSA CROW (D.C. Bar #453487)
Senior Supervising Attorney

_____/s/_____
LUZ V. LOPEZ (*pro hac vice*)
Senior Supervising Attorney
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org
Luz.Lopez@splcenter.org

VICTORIA MESA-ESTRADA (*pro hac vice*)
MICHELLE GONZALEZ (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
2 S BISCAYNE BLVD, STE 3200
MIAMI, FL 33101
**TEL:** (786) 347- 2056
victoria.mesa@splcenter.org
mich.gonzalez@splcenter.org

KATIE SCHWARTZMANN (*pro hac vice*)
BRUCE HAMILTON (*pro hac vice*)
**AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA FOUNDATION**
P.O. Box 56157
New Orleans, LA 70156
Tel: (504) 522-0628
kschwartzmann@laaclu.org

bhamilton@laaclu.org
Counsel for Plaintiffs