IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angel Alejandro Heredia Mons, et al., on behalf of themselves **a**nd others similarly situated, <br><br>              *Plaintiffs*, <br><br>v. <br><br>Chad Wolf, Acting Secretary of the Department of Homeland Security, in his official capacity, et al. <br><br>              *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:19-cv-01593-JEB

**DECLARATION OF D. VICTORIA BARANETSKY IN SUPPORT OF THIRD-PARTY INTERVENOR THE CENTER FOR INVESTIGATIVE REPORTING'S MOTION TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS**

I, D. VICTORIA BARANETSKY, declare:

      1.    I am counsel for Proposed Intervenor in this matter, pending admission *pro hac vice*. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

      2.    I am General Counsel at The Center for Investigative Reporting, which is a nonprofit established under the laws of California with its principal place of business in Emeryville, CA.

      3.    Attached hereto as Exhibit 1 is a true and correct excerpt of the following directive: ICE Directive 11002.1, Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009), https://www.ice.gov/doclib/dro/pdf/11002.1-hd-parole_of_arriving_aliens_found_credible_fear.pdf.

      4.    Attached hereto as Exhibit 2 is a true and correct copy of the following email: Email from Luz Lopez, S. Poverty L. Ctr., to D. Victoria Baranetsky, Gen. Counsel, Ctr. for Investigative Reporting (Aug. 17, 2020).

5. Attached hereto as Exhibit 3 is a true and correct copy of the following email: Email from Jeremy Simon, U.S. Dep't Justice, to D. Victoria Baranetsky, Gen. Counsel, Ctr. for Investigative Reporting (July 17, 2020).

6. Attached hereto as Exhibit 4 is a true and correct copy of the following web page: *About Us*, REVEAL, https://revealnews.org/about-us/.

7. Attached hereto as Exhibit 5 is a true and correct copy of the following news article: Jonathon Blitzer, *How Stephen Miller Manipulates Donald Trump to Further His Immigration Obsession*, NEW YORKER, Feb. 21, 2020, https://www.newyorker.com/magazine/2020/03/02/how-stephen-miller-manipulates-donald-trump-to-further-his-immigration-obsession.

8. Attached hereto as Exhibit 6 is a true and correct copy of the following news article: Tara Golshan, *The 2020 Immigration Debate, Explained*, VOX, July 29, 2019, https://www.vox.com/2019/7/29/6741801/2020-democrat-presidential-immigration-debate.

9. Attached hereto as Exhibit 7 is a true and correct copy of the following letter: Letter from Rep. Jason Crow et al., to Matthew Abence, Acting Director, U.S. Customs & Immigration Enforcement (Apr. 20, 2020), https://crow.house.gov/sites/crow.house.gov/files/Letter%20to%20Acting%20Director%20Albence%20to%20Provide%20Non-ICE%20Employee%20COVID-19%20Data.pdf.

10. Attached hereto as Exhibit 8 is a true and correct copy of the following news article: Laura C. Morel, *Inside ICE Lockdown: Face Masks Made of Socks, No Hand Sanitizer and Growing Tensions*, REVEAL, Apr. 7, 2020, https://www.revealnews.org/article/inside-ice-lockdown-face-masks-made-of-socks-no-hand-sanitizer-and-growing-tensions/.

11. Attached hereto as Exhibit 9 is a true and correct copy of the following news article:

Noah Lanard, *ICE Is Ignoring a Simple Way to Slow the Spread of Coronavirus: Let People Out of Detention*, MOTHER JONES, Mar. 13, 2020, https://www.motherjones.com/politics/2020/03/ice-is-ignoring-a-simple-way-to-slow-the-spread-of-coronavirus-let-people-out-of-detention/.

12. Attached hereto as Exhibit 10 is a true and correct copy of the following news article: Noah Lanard, *7 Detainees Sued ICE. Then They Were Transferred to a Notorious Alabama Jail.*, MOTHER JONES, July 21, 2020, https://www.motherjones.com/politics/2020/07/seven-detainees-sued-ice-then-they-were-transferred-to-a-notorious-alabama-jail/.

13. Attached hereto as Exhibit 11 is a true and correct copy of the following news article: *Emails Show Officials Blocked Coronavirus Testing During Outbreak at Mesa Verde ICE Jail*, DEMOCRACY NOW, Aug. 7, 2020, https://www.democracynow.org/2020/8/7/headlines/emails_show_officials_blocked_coronavirus_testing_during_outbreak_at_mesa_verde_ice_jail.

14. Attached hereto as Exhibit 12 is a true and correct copy of the following news article: Monique O. Madan, *Miami Federal Judge Orders a New Fact-Finder to Investigate ICE Detention Centers*, MIAMI HERALD, July 20, 2020, https://www.miamiherald.com/news/local/immigration/article244346252.html.

15. Attached hereto as Exhibit 13 is a true and correct copy of the following news article: Rebecca Klar, *Watchdog Suing ICE, DHS, CBP to Release Records of Deaths in Custody*, THE HILL, July 23, 2020, https://thehill.com/regulation/court-battles/508701-watchdog-suing-ice-dhs-cbp-to-release-records-of-deaths-in-custody.

16. Attached hereto as Exhibit 14 is a true and correct copy of the following news article: Laura Villagran, *Cuban Asylum Seeker Remains Detained by ICE Without Parole*, NBC, Feb. 9, 2020, https://www.nbcdfw.com/news/local/texas-news/cuban-asylum-seeker-remains-detained-

by-ice-without-parole/2307893/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed August 20, 2020 in Oakland, California.

_____
D. Victoria Baranetsky

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2020, I served a copy of the foregoing document on the Court and all parties of record by causing this document to be filed with the clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.


Date: August 20, 2020

                                             /s/ *Chelsea T. Kelly*
                                             Chelsea T. Kelly (DC Bar No. 1045673)
                                             Davis Wright Tremaine LLP
                                             1301 K Street NW, Suite 500 East
                                             Washington, D.C. 20005
                                             Phone: (703) 850-6317
                                             Fax: (202) 973-4450
                                             Email: chelseakelly@dwt.com

                                             *Counsel for Third-Party Intervenor The Center for Investigative Reporting*