### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angel Alejandro Heredia Mons, et al., on behalf of themselves **a**nd others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Chad Wolf, Acting Secretary of the Department of Homeland Security, in his official capacity, et al.<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>) Case No. 1:19-cv-01593-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS

Upon consideration of non-party press organization The Center for Investigative Reporting, Inc. d/b/a Reveal from The Center for Investigative Reporting ("CIR")'s Motion for Leave to Intervene and to Unseal Judicial Documents and any responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. CIR is permitted to intervene in the above-captioned case for the limited purpose of challenging restrictions on the public's right of access in this matter; and

2. Defendants' monthly productions of parole determinations (Dkt. Nos. 42, 44, 56, 58, 59, 71, 80, 83, 91) shall be unsealed immediately and made available to the public, subject to redactions for the detainees' names and A-numbers.

3. Any future productions of parole determinations by Defendants shall also be filed unsealed, subject to redactions for the detainees' names and A-numbers.

  **IT IS SO ORDERED.**

Dated: _____, 2020

                The Honorable James E. Boasberg
United States District Court Judge