# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Heredia Mons, *et al.*,           )
                                  )
    Plaintiffs,      )
                                  )           No. 19-cv-1593 (JEB)
v.                                )
                                  )
Pete Gaynor, *et al.*,            )
                                  )
    Defendants.      )

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's minute order dated October 7, 2019, Defendants provide the manually prepared and computer-generated reports more fully described in the Defendant's section of the Joint Status Report field on October 2, 2019. Pursuant to the Court's order dated October 5, 2020, this report, the accompanying Metoyer Declaration, and redacted Exhibits A and B to that declaration are being filed on the public docket, with unredacted versions of Exhibits A and B filed under seal. (ECF No. 40, Stipulated Protective Order ¶ 8)

The manually produced spreadsheet reflects adjudications within the New Orleans Field Office for those individuals who had been denied parole, and who request a new adjudication pursuant to the provisions of the previously submitted class notice.[1] This spreadsheet reflects data pertaining to applicable individuals for the period ending on January 17, 2021, and is continuously updated with information for qualifying individuals who requested another parole adjudication since October 14, 2019. (Metoyer Decl. ¶¶ 4-5). That spreadsheet reflects that,

---

[1] The spreadsheet originally was intended to be limited only to individuals within the *Mons* class who had been denied parole prior to September 5, 2019, and who request a new adjudication pursuant to the provisions of the previously submitted class notice. The spreadsheet, however, also reflects individuals within the *Mons* class (as clarified by the Court's order dated January 9, 2020 (ECF No. 51)) who had entered ICE custody after September 5, 2019, and who have requested re-adjudications after being initially denied parole after entering ICE custody.

since the last entry on the previously filed spreadsheet, approximately 95 individuals requested another parole adjudication and that, of those requests, 14 were granted and the rest were denied.

The second spreadsheet is a computer-generated spreadsheet that tracks the parole determinations conducted for newly-arriving detainees at the New Orleans Field Office for the period beginning September 5, 2019, and on a going forward basis.  This spreadsheet reflects data from September 5, 2019 to November 15, 2020, and reflects initial parole determinations for newly arriving detainees during that period.[2]   (Metoyer Decl. ¶¶ 6-9)  This spreadsheet reflects that, since the last entry reflecting a decision on the previously filed spreadsheet, approximately one individual received an initial parole determinations and that one was denied.

                              Respectfully submitted,

                              MICHAEL R. SHERWIN
                              Acting United States Attorney

                              BRIAN P. HUDAK
                              Acting Civil Chief

                              By: _____/s/_____
                              JEREMY S. SIMON, D.C. BAR #447956
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 252-2528
                              Jeremy.Simon@usdoj.gov

---

[2]    The computer-generated spreadsheet is intended to track initial determinations of newly-arriving detainees following the date of this Court's preliminary injunction order and does not track the outcome of any requests for redeterminations by those individuals pursuant to section 8.9 of the Parole Directive that may occur during the time period of that spreadsheet.