UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heredia Mons, *et al.*, | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) No. 19-cv-1593 (JEB) ) ) |
| Alejandro Mayorkas, *et al.*, | ) ) |
|     Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute Order dated May 13, 2021, the parties, by and through undersigned counsel, submit the following joint status report.

1. The parties are continuing to confer in an effort to resolve this matter, with their most recent conferral occurring through a Zoom platform on June 24, 2021.

2. Accordingly, to allow the parties to continue their discussions, the parties propose that they file a further status report with the Court in 60 days, specifically, by September 14, 2021.

    Respectfully submitted,

    CHANNING D. PHILLIPS, D.C. BAR #415793
    Acting United States Attorney

    BRIAN P. HUDAK
    Acting Chief, Civil Division

    By: _____/s/_____
    JEREMY S. SIMON, D.C. BAR #447956
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.Simon@usdoj.gov

    Counsel for Defendants

AND

MELISSA CROW (D.C. Bar #453487)
Senior Supervising Attorney

_____/s/_____
LUZ V. LOPEZ (*pro hac vice*)
Senior Supervising Attorney
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org
Luz.Lopez@splcenter.org

VICTORIA MESA-ESTRADA (*pro hac vice*)
CHRISTINA LAROCCA (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
2 S BISCAYNE BLVD, STE 3200
MIAMI, FL 33101
**TEL: (**786) 347- 2056
victoria.mesa@splcenter.org
christina.larocca@splcenter.org

**Nora Ahmed**
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70122
917-842-3902
Email: justicelab@laaclu.org

Counsel for Plaintiffs