UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heredia Mons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 19-cv-1593 (JEB) |
| v. ) | |
| ) | |
| Alejandro Mayorkas, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute Order dated October 14, 2021, the parties, by and through undersigned counsel, submit the following joint status report.

1. The parties require additional time to confer in an effort to resolve this matter. As stated in the last status report, Defendants provided on October 8, 2021, a further proposal for Plaintiffs' consideration and, since that report, the parties held a further discussion through a Zoom platform to discuss that proposal.

2. Accordingly, to allow the parties to continue their discussions, the parties propose that they file a further status report with the Court by January 20, 2022.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528

Jeremy.Simon@usdoj.gov

Counsel for Defendants

    AND

MELISSA CROW (D.C. Bar #453487)
Senior Supervising Attorney

    /s/
LUZ V. LOPEZ (*pro hac vice*)
Senior Supervising Attorney
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (202) 355-4471
Melissa.Crow@splcenter.org
Luz.Lopez@splcenter.org

VICTORIA MESA-ESTRADA (*pro hac vice*)
CHRISTINA LAROCCA (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
2 S BISCAYNE BLVD, STE 3200
MIAMI, FL 33101
**TEL: (**786) 347- 2056
victoria.mesa@splcenter.org
christina.larocca@splcenter.org

**Nora Ahmed**
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70122
917-842-3902
Email: justicelab@laaclu.org

Counsel for Plaintiffs