UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heredia Mons, *et al.*, | ) |
|     Plaintiffs, | ) ) ) ) No. 19-cv-1593 (JEB) |
| v. | ) ) |
| Alejandro Mayorkas, *et al.*, | ) ) |
|     Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's minute Order dated January 17, 2024, the parties, by and through undersigned counsel, submit the following joint status report.

1. The parties require additional time to confer in an effort to resolve this matter. In that regard, the parties are continuing to work in an effort to finalize a draft settlement document.[1]

2. Accordingly, to allow the parties to continue their discussions, the parties propose that they file a further status report with the Court by April 24, 2024.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

---

[1] Defendants have previously advised Plaintiffs that ICE is considering a superseding Parole Directive. Defendants note that, while that process remains ongoing, there is the potential that future developments in that process could impact aspects of the current settlement effort.

Counsel for Defendants

AND

LUZ V. LOPEZ (D.C. BAR #1720589)
Senior Supervising Attorney

*Luz V. Lopez*
**SOUTHERN POVERTY LAW CENTER**
1101 17th St., NW, 7th Floor
Washington, DC 20036
Tel: (404) 387-9314
Luz.Lopez@splcenter.org

CHRISTINA LAROCCA (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
2 S BISCAYNE BLVD, STE 3200
MIAMI, FL 33101
**TEL: (**786) 347- 2056
christina.larocca@splcenter.org


**Meghan Matt** *(pro hac vice application forthcoming)*
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70122
917-842-3902
Email: mmatt@laaclu.org

**Nora Ahmed**
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70122
917-842-3902
Email: justicelab@laaclu.org

Counsel for Plaintiffs