UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 19-1593 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's minute Order dated July 22, 2024, the parties, by and through undersigned counsel, submit the following joint status report.

1. As stated in Defendants' motion to modify the time period for reporting by Defendants (ECF No. 251), the parties are in the process of finalizing a settlement agreement.

2. Accordingly, to allow time for the agreement to be finalized, the parties propose that they file a further status report with the Court by October 1, 2024.

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. BAR #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By: */s/ Jeremy S. Simon*
    JEREMY S. SIMON, D.C. BAR #447956
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.Simon@usdoj.gov

    Counsel for Defendants

AND

*/s/ Luz V. Lopez*
LUZ V. LOPEZ
D.C. BAR #1720589
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
TEL: (404) 387-9314
Luz.Lopez@splcenter.org

CHRISTINA LAROCCA (pro hac vice)
SOUTHERN POVERTY LAW CENTER
2 S BISCAYNE BLVD, STE 3750
MIAMI, FL 33101
TEL: (786) 347- 2056
christina.larocca@splcenter.org

NORA AHMED
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

Counsel for Plaintiffs