UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, et al.,<br><br>　　　　Defendants. | Civil Action No. 19-1593 (JEB) |

## JOINT STATUS REPORT

　　Pursuant to the Court's minute Order dated August 27, 2024, the parties, by and through undersigned counsel, submit the following joint status report.

　　1.  Since the last joint status report, the parties have executed a settlement agreement, with a signature date (as defined in the agreement) of September 23, 2024.  The agreement provides that the parties are to jointly move for a preliminary approval order within 30 days of the signature date.

　　2.  Accordingly, in light of the above, the parties do not propose that the Court enter a date for a further joint status report at this time.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. BAR #481052
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　By: /s/ Jeremy S. Simon
　　　　　　　　　　　　　　　　JEREMY S. SIMON, D.C. BAR #447956
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530

(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants

    AND

*/s/ Luz V. Lopez*
LUZ V. LOPEZ
D.C. BAR #1720589
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
TEL: (404) 387-9314
Luz.Lopez@splcenter.org

CHRISTINA LAROCCA (pro hac vice)
SOUTHERN POVERTY LAW CENTER
2 S BISCAYNE BLVD, STE 3750
MIAMI, FL 33101
TEL: (786) 347- 2056
christina.larocca@splcenter.org

NORA AHMED
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

Counsel for Plaintiffs