Name: Seyed Esmaeil Jeddi
A-Number: 249377626

Date: 01.20.2025

RECEIVED
Mail Room

FEB 1 2 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RE: <u>PAROLE REQUEST</u>

My name is Seyed Esmaeil Jeddi, A- 249377626. I have been detained in three different detention centers since my entry to the United States in May 2024.

I have suffered severe harm, threats, and imprisonment in Iran under the Islamic government of Iran, specifically for my beliefs and association with the Sufi (Darvish) Order.
In 2006, I and several other members of the Sufi Order close to our Master – Hedayatallah Monshizadegan - were summoned by government authorities. We were coerced into signing a written commitment prohibiting us from participating in Sufi gatherings, prayers, and other involvements. The commitment further banned us from promoting Sufism or recruiting new members. Failure to comply would result in imprisonment, torture, and possible execution. When I initially refused to sign the statement, I was insulted, threatened, and kept incarcerated against my wishes. Under extreme duress, I was forced to write, sign, and place my fingerprint on the document that included false information.
Later, when I attempted to travel to Dubai, I was stopped at the airport. My passport was confiscated, and I was informed that I was banned from leaving the country due to a court case that I was not aware of. I was informed by the agents that I had to visit the revolutionary court to learn about my offense. However, when I went to the court and sought clarification, the court denied me entry, leaving me in limbo.
In 2012, undercover agents in plain clothes raided my home where I lived with my elderly parents early in the morning. Despite my requests for identification, they forcibly entered, turned off our cellphones, and conducted an aggressive search of my house. They confiscated personal items, including books, CDs, photos, computers, and phones. Without explaining the charges, or the reason after the confiscation of my belongings they handcuffed me and took me by force to Evin Prison, leaving my family in anguish. They did not even let me change my clothes or put on my shoes. Handcuffed on the back, I was dragged and threw in the back of their vehicle with tinted windows.
At Evin Prison, I was held in solitary confinement in a filthy, damp 2-meter cell in Section 202 for 40 days. The Intelligence Division of the IRGC interrogated me repeatedly, focusing on my faith and the Sufi Order. They demanded that I write false statements about myself, and my faith. When I refused, I was physically assaulted and verbally abused. The interrogators threatened me with execution and used psychological tactics to break my spirit. They would shout in my ear. One of the agents who stood behind my chair would randomly slap me from the back. The slap was so hard that it would throw me on the ground. The interrogations would go on for hours. So long that I could not even tell how long I had been in the interrogation room and being insulted and assaulted by the agents. Whenever I was returned to my solitary cell, I could hear other prisoners being tortured. The voices even though far were so loud that I could not even close my eyes to sleep. I was fearful for my life. I honestly believed that they would never let me go and I would be executed without even my family learning about it. I was finally released on bail. Even after that, I faced continuous harassment. For years, I was summoned and interrogated multiple times. During these sessions, I endured further psychological and physical abuse. The authorities repeatedly accused

1

me of continuing my activities with the Sufi Order and threatened severe consequences, including execution.

Once more, few years ago I was called to go in for questioning. I was faced with the same threats and persecution. They beat me and shouted at me constantly for hours to leave the Sufi Order or I will be persecuted for "Corruption on Earth", "Threats Against National Security", "Insulting Authorities of The Regime", and "Participating in Illegal Religious Activity". They told me that they could execute me with all these charges and no one can do anything about it. Yet again, I was called in and went through the same process of hardship, assault, insult and torture. They were even more serious this time and I was terrified for my life. I believed that I would not go back home again.

Throughout these years, my family and I were subjected to relentless threats and surveillance. All our phones including landlines and our cell phones were constantly monitored. The plainclothes agents followed us in public and were stationed near our home at all times. They intimidated my father, warning him to prevent us from participating in Sufi gatherings or risk severe retaliation against the entire family. I was terrified to step outside of my home. Every time I looked out the window, the agents stationed there were looking up and showing me a warning sign that "We are here". This constant persecution left my family and me in a state of unrelenting fear. The government's actions—threats, imprisonment, physical and psychological abuse, and suppression of religious freedoms—have profoundly affected my life and safety. I seek justice and protection from these ongoing threats to my freedom, faith, and well-being.

I am deeply afraid to return to Iran. Because the Iranian government, including the IRGC, is aware of my departure from the country. Since I left Iran for Mexico and later came to the United States, my family—my siblings, and mother—have been relentlessly harassed. Their phones have been tapped, and undercover agents have repeatedly stopped them in the streets. These agents have warned my family that unless I return to Iran, they will arrest and harm them instead. The threats and intimidation have been continuous. Government agents have called my family, demanding that I return to Iran. I know that if I were to return, I would be arrested immediately at the airport, and no one would know what might happen to me thereafter. In the past, I was repeatedly coerced into abandoning my involvement with the Sufi Order. I was threatened with severe consequences if I did not cease all related activities. If I were to be arrested again, I am certain that I would face brutal psychological and physical torture and be ultimately executed. There is no guarantee even if I complied with their demands. I fear they would execute me, as they have done with other members of the Sufi Order. Given the grave risks to my life and the ongoing harassment of my family, I am terrified of returning to Iran. The government's actions make it clear that my safety would be in jeopardy, and I would not survive the brutal treatment they will subject me to.

I was imprisoned in Evin Prison for 40 days, during which I endured severe torture and daily interrogations, both day and night for hours. Even though in these 40 days I was never arraigned. Following that, I was officially summoned and arrested again 2 times. Throughout my time in Iran, my family and I were relentlessly targeted by the IRGC due to our involvement in the Sufi Order. We were subjected to constant threats—both verbal and psychological—designed to intimidate and control us.

Our lives were under constant surveillance. Our phones were tapped, and plainclothes agents were stationed outside our home at all times. These agents would change shifts but never leave, ensuring that we were always watched. Wherever we went, we could sense their presence, and their deliberate gestures or looks made it clear they were affiliated with the government. This constant monitoring created an

atmosphere of fear and anxiety for me and my family. I was always on my toes and waiting for them to break into my home and take me with them again.

When I left Iran, the harassment of my family only intensified. Plainclothes agents frequently stopped my family members—especially when my sisters visited my parents' home. They threatened my father, telling him that if I did not return to Iran, he would be imprisoned or executed as an example to the family. My mother and siblings were also threatened with abduction, imprisonment, and harm in ways that would leave no trace. Since my departure, my family has lived under extreme pressure. They have received repeated calls from the Ministry of Intelligence, warning them that I must return to Iran or else they will be held accountable for my actions. My father passed away after I left Iran. Multiple undercover agents were present at his funeral. One of the agents approached my brother and asked him whether I was coming to Iran for my father's funeral and my brother replied, "You would know sooner than us if he returns". They did not even respect my father's funeral and showed up there to threaten and intimidate my family for my return. These ongoing threats and harassment have left my family in constant fear. The Iranian government's actions show no signs of stopping, and I am deeply concerned for their safety as well as my own.

My family and I are members of a Sufi Order, practicing as Darvishes (Sufis) in Iran. Sufis are a minority religious group that, despite their belief in all twelve Muslim prophets, face opposition from the Iranian government and is an unrecognized religious minority. My family and I, including my mother, father, and siblings are all members of the same Sufi Order. My entire family and I have been part of this Order since I remember. We all have been and still are long-standing members of this order, except my father who passed away a few months ago. After years of participation, I became a council member (Sheikh), then I became a trustee of the Order, and ultimately, I have been serving as the supervisor and the head of the Order in Iran related to all matters in Iran and the Middle East. My sister who just like me has been a member for the past thirty years is a council member (Sheikh) now. We all are still active members of the Sufi Order. Although my father passed away after I left Iran, my family and I remain active members of the Sufi Order. However, for safety reasons and due to constant government threats and pressure, my family have had to limit their involvement since my departure. Despite these challenges, they continue to participate discreetly in weekly gatherings.

As for me, I have never stopped being active in the Sufi Order. I consistently fulfill my duties by staying in touch with my Master, and remain deeply committed to the Sufi path. Even while in the detention center, I speak with my Master every day and participate in weekly gatherings through phone calls. I have no intention of ever ceasing my participation.

I am deeply afraid of returning to Iran due to the grave risks of physical and mental torture by the Islamic government, only because of my religious beliefs. As I have previously detailed, I was tortured by government agents without any explanation or justification. The threats I have received make it clear that if I return, the government will subject me to further torture, fabricate charges against me, and execute me, just as they have done with other Sufi members. I am terrified that my body would be disposed of in a way that my family would never be able to locate.

My fears are compounded by the fact that Iranian government agents never stopped harassing, and threatening my family even after I left Iran. They were present during my father's funeral, interrogating my family members about my whereabouts and whether I planned to return. When my brother responded that they would find out at the airport if I returned, the agents threatened him with physical violence, telling him

3

they would disgrace our family in front of mourners if he did not comply and they would take him now that I was not there. They threatened him with physical and mental torture and told him if he spoke to them like that again, he would not see another daylight.

During my time in detention, I endured brutal treatment at the hands of Iranian authorities. I was beaten with batons and subjected to electric shocks, experiences that are seared into my memory. The trauma of these abuses and the constant fear of further torture have left me with no safe place in Iran.

Moreover, my case is still open with the Ministry of Intelligence, where false charges have been levied against me, including accusations of attempting to undermine national security, insulting the regime's sanctities, and holding illegal religious meetings – common charges against unrecognized religious minorities. These charges are intended to keep me imprisoned, tortured, and ultimately executed.

With the Iranian government's history of deploying agents in foreign countries, I fear they would try to covertly force me back to Iran, where I would face the same severe consequences.

Given these circumstances, I implore that I be granted protection from the Iranian government's persecution. Returning would almost certainly result in my torture, unjust imprisonment, and potential execution, and I seek refuge in a safe country where I can live without the constant fear of being detained or killed by the Iranian regime.

Upon release from detention I will be living with my Master, Hedayatallah Monshizadegan. My Master lives at 13819 Queensbury Ln, Houston, TX 77079. I solemnly swear to appear before any immigration court for furtherance of my case.

I would like to emphasize that I have never been involved in any criminal activity, either in my home country or abroad. I pose no threat to the safety or well-being of any community. My decision to leave my country was driven solely by the persecution I faced due to my religious beliefs. I am not a flight risk, as my primary objective is to establish a life in which I can freely and peacefully practice my religion without fear of further persecution. My intentions are to contribute positively to society and live in harmony with others.

Therefore, for the reasons stated above, I respectfully request for a parole review and release from detention.

Respectfully,
Seyed Esmaeil Jeddi

1.20.25

4