UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM,<br>  Secretary of Homeland Security, et al.,<br><br>      Defendants. | Civil Action No. 19-1593 (JEB) |

## NOTICE

Defendants, by undersigned counsel, respectfully provide notice of their repudiation of the parties' settlement, bearing a signature date of September 23, 2024, and attached as an exhibit to the Joint Motion for Preliminary Approval filed on October 23, 2024.  Settle. Agmt. (ECF No. 256-2) (the "Settlement").  The Settlement has not been finally approved by the Court and therefore its terms have yet to take effect.  *Id*. ¶ 17.  To the extent this repudiation is nevertheless deemed a material breach of the Settlement, Plaintiffs' sole remedy is the reinstatement of their claims.  *Id*. ¶ 14.  Accordingly, Defendants propose that the Court direct the parties to file a status report by June 5, 2025, with their respective positions for further proceedings with respect to the claims at issue in this action.

\* \* \*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:  */s/ Jeremy S. Simon*
     JEREMY S. SIMON, D.C. Bar #447956
     Assistant United States Attorney
     601 D. Street, N.W.
     Washington, D.C. 20530
     (202) 252-2528
     Jeremy.Simon@usdoj.gov

*Attorneys for United States of America*