UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br>        Defendants. | Civil Action No. 19-1593 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's minute Order dated April 2, 2025, the parties, by and through undersigned counsel, submit the following joint status report.

1. <u>Defendants</u>:  Defendants report that, on April 23, 2025, they filed a notice with the Court of their repudiation of the parties' settlement (ECF No. 256-2).  *See* Notice (ECF No. 279). As stated in that notice, Defendants propose that the Court direct the parties to file a status report by June 5, 2025, with their respective positions for further proceedings with respect to the claims at issue in this action.

2. <u>Plaintiffs</u>:  Plaintiffs continue to assert that Defendants are in violation of the Settlement Agreement, and have not substantiated to Plaintiffs or this Court the basis for repudiating the Settlement Agreement.

3. Accordingly, in light of the above, the parties propose that they file a further status report by June 5, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   _____*/s/ Jeremy S. Simon*_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for the United States of America*

       AND

_____*/s/ Luz V. Lopez*_____
LUZ V. LOPEZ
D.C. BAR #1720589
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
TEL: (404) 387-9314
Luz.Lopez@splcenter.org


NORA AHMED (*pro hac vice*)
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

*Counsel for Plaintiffs*