UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, Secretary of Homeland Security, et al.,<br><br>　　　　Defendants. | Civil Action No. 19-1593 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute Order dated April 23, 2025, the parties, by and through undersigned counsel, submit the following joint status report.

1. <u>Defendants</u>: As stated in the last status report, Defendants filed a notice with the Court of their repudiation of the parties' settlement (Notice (ECF No. 279)). Defendants require additional time to formulate their position as to how this litigation should now proceed, and to conduct any conferral in that regard with Plaintiffs, before making a proposal to the Court with respect to further proceedings concerning the claims at issue in this action. Defendants thus propose that the parties file a further status report by July 23, 2025. In terms of Plaintiffs' reference below to potentially moving for consolidation, Defendants will address that issue if and when it arises.

2. <u>Plaintiffs</u>: Since the April 23, 2025 Joint Status Report, counsel for Plaintiffs have visited additional immigration detention centers in Louisiana and continue to have concerns about Defendants' compliance with the Parole Directive, and therefore with this Court's Preliminary Injunction. Due to the similarities between this case and *Damus v. Noem*, No. 1:18-cv-00578-JEB (D.D.C), Plaintiffs anticipate requesting consolidation of the two cases in the interest of judicial efficiency.

3.  Accordingly, in light of the above, the parties propose that they file a further status report by July 23, 2025.

                Respectfully submitted,

                JEANINE FERRIS PIRRO
                United States Attorney

By:     */s/ Jeremy S. Simon*
       JEREMY S. SIMON, D.C. BAR #447956
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-2528
       Jeremy.Simon@usdoj.gov

*Counsel for the United States of America*

       AND

LUZ V. LOPEZ
D.C. BAR #1720589
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
TEL: (404) 387-9314
Luz.Lopez@splcenter.org

*/s/Nora Ahmed*
NORA AHMED (*pro hac vice*)
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

*Counsel for Plaintiffs*