UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 19-1593 (JEB) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's minute orders dated October 7, 2019, and August 22, 2024, the Defendants provide the manually prepared and computer-generated reports more fully described in the Defendant's section of the Joint Status Report field on October 2, 2019. Pursuant to the Court's order dated October 5, 2020, this report, the accompanying Rabe Declaration, and redacted Exhibits A and B to that declaration are being filed on the public docket, with unredacted versions of Exhibits A and B filed under seal. (ECF No. 40, Stipulated Protective Order ¶ 8)

The manually produced spreadsheet reflects adjudications within the New Orleans Field Office for those individuals who had been denied parole, and who request a new adjudication pursuant to the provisions of the previously submitted class notice.[1] This spreadsheet reflects

---

[1] The spreadsheet originally was intended to be limited only to individuals within the *Mons* class who had been denied parole prior to September 5, 2019, and who request a new adjudication pursuant to the provisions of the previously submitted class notice. The spreadsheet, however, also reflects individuals within the *Mons* class (as clarified by the Court's order dated January 9, 2020 (ECF No. 51)) who had entered ICE custody after September 5, 2019, and who have requested re-adjudications after being initially denied parole after entering ICE custody.

data pertaining to applicable individuals for the period ending on June 17, 2025, and is continuously updated with information for qualifying individuals who requested another parole adjudication since October 14, 2019. (Rabe Decl. ¶¶ 4-5). This spreadsheet reflects eighteen parole determination decisions for this reporting period, all of which were denied.

The second spreadsheet is a computer-generated spreadsheet that tracks the parole determinations conducted for newly-arriving detainees at the New Orleans Field Office for the period beginning September 5, 2019, and on a going forward basis. This spreadsheet reflects data from September 5, 2019 to May 15, 2025, and reflects initial parole determinations for newly arriving detainees during that period.[2] (Rabe Decl. ¶¶ 6-9) This spreadsheet reflects approximately 131 initial determinations for this reporting period, all of which were denied.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for United States of America*

---

[2] The computer-generated spreadsheet is intended to track initial determinations of newly-arriving detainees following the date of this Court's preliminary injunction order and does not track the outcome of any requests for redeterminations by those individuals pursuant to section 8.9 of the Parole Directive that may occur during the time period of that spreadsheet.