UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEREDIA MONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 19-1593 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's minute Order dated June 5, 2025, the parties, by and through undersigned counsel, submit the following joint status report.

1. <u>Defendants</u>: Defendants expect to be in a position by the next status report to provide an estimate as to when Defendants expect to have an administrative record compiled that can form the basis for a motion for summary judgment, and to be in a position to propose a schedule for the briefing of summary judgment motions. Defendants thus propose that the parties file a further status report by September 11, 2025. In terms of Plaintiffs' reference below to potentially moving for consolidation, Defendants would oppose consolidation were it sought.

2. <u>Plaintiffs</u>: Counsel for Plaintiffs continue to have concerns about Defendants' compliance with the Parole Directive, and therefore with this Court's Preliminary Injunction. Plaintiffs are working to confer with all counsel in order to determine next steps in requesting consolidation of this case with *Damus v. Noem*, No. 1:18-cv-00578-JEB (D.D.C) due to the similarity of the issues involved and in the interest of judicial efficiency.

3. Accordingly, in light of the above, the parties propose that they file a further status report by September 11, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for the United States of America*

AND

LUZ V. LOPEZ
D.C. BAR #1720589
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, 7th Floor
Washington, DC 20036
TEL: (404) 387-9314
Luz.Lopez@splcenter.org

*/s/ Nora Ahmed*
NORA AHMED (*pro hac vice*)
ACLU OF LOUISIANA
1340 Poydras Street
Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

*Counsel for Plaintiffs*